UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| Custodia Bank, Inc., <br><br>  Appellant, <br><br>v. <br><br>Federal Reserve Board of Governors, *et al.*, <br><br>  Appellees. <br>------------------------------ <br>Americans For Prosperity Foundation-Wyoming, *et al.*, <br><br>  Amici Curiae. | Appeal No. 24-8024 <br><br>(D.C. No. 1:22-CV-00125-SWS) <br><br>(D. Wyo.) |

## APPELLANT CUSTODIA BANK, INC'S RESPONSE TO WYOMING BANKERS ASSOCIATION'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

  Appellant Custodia does not oppose the filing of the Wyoming Bankers Association's motion for leave to file an amicus brief. Custodia notes, however, that Proposed Amicus Wyoming Bankers Association left lead counsel for Custodia no working hours to consider the request for consent. Proposed Amicus first contacted lead counsel for Custodia at 5:05 pm ET on Wednesday, September 4, leaving counsel no time during her working hours to contact her client. The brief was filed less than six hours later.

The Wyoming Bankers Association's proposed amicus brief, moreover, is strikingly similar to the amicus brief filed by Independent Community Bankers Of America, Consumer Bankers Association, and American Bankers Association ("American Bankers Amicus Br."). The arguments in the brief largely overlap and near verbatim language is used in both briefs. *Compare* American Bankers Amicus Br. 6 ("The district court correctly held that the 'plain language of the relevant statutes can only reasonably be read to give the Federal Reserve Banks discretion in granting or denying requests for master accounts,' and that FRBKC 'did not owe Custodia any non-discretionary duty to issue a master account upon request.'") *with* Wyoming Bankers Amicus Br. 6 ("The district court correctly held that the 'relevant statutes can only reasonably be read to give the Federal Reserve Banks discretion in granting or denying requests for master accounts,' and that FRBKC 'did not owe Custodia any non-discretionary duty to issue a master account upon request.'"); *compare* American Bankers Amicus Br. 21 ("Most bank failures 'trace back to the management of bank resources, resulting in a bank's inability to meet liquidity or capital requirements.'") *with* Wyoming Bankers Amicus Br. 20 ("most" failures of banks "trace back to

the management of bank resources, resulting in a bank's inability to meet liquidity or capital requirements'"). Although the proposed amicus brief seems to add little value beyond the brief it largely emulates, Custodia does not oppose Wyoming Bankers' motion.

Dated this 9th day of September, 2024.

/s/ Michelle S. Kallen
Michelle S. Kallen
Ian H. Gershengorn
Laurel L. Rimon
Emanuel Powell III
Maria LaBella
JENNER & BLOCK LLP
1099 New York Ave., NW, Suite 900
Washington, DC 20001
Tel: (202) 639-6000
MKallen@jenner.com
IGershengorn@jenner.com
LRimon@jenner.com
EPowell@jenner.com
MLaBella@jenner.com

*Attorneys for Appellant Custodia Bank, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Tenth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<i>/s/ Michelle S. Kallen</i><br>
Michelle S. Kallen