# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

| | |
|---|---|
| Custodia Bank, Inc.<br><br>v.<br><br>Federal Reserve Board of Governors,<br><br>Federal Reserve Bank of Kansas City | Case No. 24-8024 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of Federal Reserve Bank of Atlanta, Federal Reserve Bank of Boston, Federal Reserve Bank of Chicago, Federal Reserve Bank of Cleveland, Federal Reserve Bank of Dallas, Federal Reserve Bank of Minneapolis, Federal Reserve Bank of New York, Federal Reserve Bank of Philadelphia, Federal Reserve Bank of Richmond, Federal Reserve Bank of San Francisco, and Federal Reserve Bank of St. Louis ("*Amici*") certifies[1] as follows:

    X    The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

    Pursuant to Federal Rule of Appellate Procedure 26.1, counsel for *amici* certifies that none of the *amici* have any parent corporations or subsidiaries. Each Federal Reserve Bank is a corporation incorporated under the laws of the United States pursuant to the Federal Reserve Act of 1913, 12 U.S.C § 221 et seq. Although stock of Federal Reserve Banks is held by member commercial banks within their respective Federal Reserve Districts, none of the stockholders controls the Reserve Banks. Stock of Federal Reserve Banks, unlike stock in a private corporation, is not acquired for investment purposes or purposes of control. Rather, such stock is acquired because its ownership is a condition of membership in the Federal Reserve System. Unlike owners of a private corporation, Federal Reserve Bank stockholders do not possess a residual equity interest in Federal Reserve Bank assets. That interest remains always with the United States.

    ☐    There is no information to disclose pursuant to Fed. R. App. P. 26.1.

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

<u>September 9, 2024</u>
Date

<u>*/s/ Jonathan K. Youngwood*</u>
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
jyoungwood@stblaw.com
*Attorney for Amici*

# CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    ☐    On _____ I sent a copy of this Disclosure Statement
                      [date]

_____
[name of party]

at_____,
[address]

the last known address/email address, by

_____.
[method of service]

September 9, 2024
Date

*/s/ Jonathan K. Youngwood*
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
jyoungwood@stblaw.com
*Attorney for Amici*