FILED  
United States Court of Appeals  
Tenth Circuit  

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

September 10, 2024

Christopher M. Wolpert  
Clerk of Court

_____

CUSTODIA BANK, INC.,

    Plaintiff - Appellant,

v.

FEDERAL RESERVE BOARD OF GOVERNORS, et al.,

    Defendants - Appellees.

-------------------------------

AMERICANS FOR PROSPERITY FOUNDATION-WYOMING, et al.,

    Amici Curiae.

No. 24-8024  
(D.C. No. 1:22-CV-00125-SWS)  
(D. Wyo.)

_____

**ORDER**

_____

This matter is before the court on the *Motion for Leave to File Amicus Curiae Brief Wyoming Bankers Association* and Appellant Custodia Bank, Inc.'s *Response*.

The unopposed amicus motion is granted. The Clerk shall file the amicus brief of Wyoming Bankers Association as of September 4, 2024.

                         Entered for the Court

                         CHRISTOPHER M. WOLPERT, Clerk