UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

September 30, 2024

Mr. Karl D. Anderson
Ms. Bridget L. Hill
Mr. Devin Thomas Kenney
Office of the Attorney General for the State of Wyoming
2424 Pioneer Avenue
Cheyenne, WY 82002

Greyson E Tuck
Gerrish Smith Tuck
700 Colonial Road, Suite 200
Memphis, TN 38117

RE:    24-8024, Custodia Bank v. Federal Reserve Board of Governors, et al
Dist/Ag docket: 1:22-CV-00125-SWS

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect:

An entry of appearance and certificate of interested parties has not been filed as required by 10th Cir. R. 46.1.

Please correct the stated deficiency within three days of the date of this notice if this amici intends to participate in this appeal. If this does not intend to participate in the appeal, please file a "notice of non-participation" with the court as soon as possible. Please note that filing a "notice of non-participation" does not absolve appellee(s) of filing a R 26.1 Disclosure Statement if previously directed to do so.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Billie L.M. Addleman
Brent R. Baker
Randy Benjenk
Erin Elizabeth Berry
Jeffrey S. Bucholtz
Christine Carletta
Joshua Paul Chadwick
Paul D. Clement
Colin Crossman
Kathleen Foley
Jonathan S. Franklin
Emily Caroline Snell Freeman
Yonatan Gelblum
Christopher Land
Jared Michael Lax
Jeffrey Richard Luther
David Oscar Markus
Andrew Z. Michaelson
Yvonne Facchina Mizusawa
Nicolas Morgan
Mark William Mosier
Erin E. Murphy
Michael David Pepson
Katherine Pomeroy
C. Harker Rhodes IV
Donald B. Verrilli Jr.
Kevin Joseph Wynosky
Jonathan Youngwood

CMW/lg