Case No. 24-8024

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

CUSTODIA BANK, INC.,

Appellant,

v.

FEDERAL RESERVE BOARD OF GOVERNORS et al.,

Appellees.

On Appeal from the U. S. District Court for the District of Wyoming
The Honorable Scott W. Skavdahl, District Judge
District Court No. 1:22-CV-125-SWS

**MOTION FOR WITHDRAWAL OF APPEARANCE OF MICHELLE S. KALLEN ON BEHALF OF CUSTODIA BANK, INC.**

Michelle S. Kallen, having entered an appearance in this case on behalf of Appellant Custodia Bank, Inc., moves this Court for an Order allowing her to withdraw as counsel of record. In support of her motion, Ms. Kallen states as follows:

1. On or about November 21, 2024, Ms. Kallen will no longer be practicing law with Jenner & Block LLP.

2. Appellant will continue to be represented by Ian Heath Gershengorn, Laurel L. Rimon, Emanuel Powell, III, and Maria LaBella, all of

whom are attorneys at Jenner & Block LLP and have entered appearances in this case.

3. Defendants-Appellees do not oppose Ms. Kallen's motion to withdraw.

4. No prejudice will occur due to the withdrawal of Ms. Kallen as counsel of record for Appellant Custodia Bank, Inc.

                                                Respectfully submitted,

                                                JENNER & BLOCK LLP

Dated: November 19, 2024        By: */s/ Michelle S. Kallen*

                                                Michelle S. Kallen
                                                JENNER & BLOCK LLP
                                                1099 New York Avenue NW,
                                                Suite 900
                                                Washington, DC, 20001-4412
                                                Telephone: 202-639-6000
                                                MKallen@jenner.com

                                                *Counsel for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2024, I filed a true and correct copy of the foregoing with the Clerk of the United States Court of Appeals for the Tenth Circuit by using the appellate case filing CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *Michelle S. Kallen*
Michelle S. Kallen