1099 NEW YORK AVENUE, NW SUITE 900 WASHINGTON, DC 20001-4412                    JENNER&BLOCK LLP

May 6, 2025

Ian Heath Gershengorn
Tel: +1 202 639 6869
IGershengorn@jenner.com

Christopher M. Wolpert
Clerk of Court
United States Court of Appeals for the Tenth Circuit
The Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

Re: **Custodia Bank v. Federal Reserve Board of Governors, et al., No. 24-8024 (argued Jan. 21, 2025)**

Dear Mr. Wolpert:

Appellant submits this Rule 28(j) letter to notify the Court of two new authorities that support Appellant's position that granting Custodia Bank, Inc. ("Custodia")—or other eligible depository institutions that service the digital asset industry—a master account will not introduce unmanageable risk to the federal payment system.

First, on April 24, 2025, the Federal Reserve Board of Governors rescinded[1] the guidance cited as the primary authority for denying Custodia's master account application[2]. This guidance, a joint policy statement issued by Appellee Federal Board of Governors, the Federal Deposit Insurance Corporation, and the Office of the Comptroller of the Currency ("OCC"), had deemed "crypto-asset-related activities" "highly likely to be inconsistent with safe and sound banking practices."[3]

Second, on March 7, 2025, the OCC issued new guidance taking a supportive position: that it is "permissible" for banks to engage in "crypto-asset activities," including custody and issuing a

---

[1] *See* Press Release, Bd. of Governors of the Fed. Reserve Sys., *Federal Reserve Board Announces the Withdrawal of Guidance for Banks Related to Their Crypto-asset and Dollar Token Activities and related changes to its expectations for these activities* (Apr. 24, 2025), https://tinyurl.com/57bwh3bj (filed herewith as "Exhibit A").

[2] *See* J.A. 1120 (Letter from The Federal Reserve Bank of Kansas City to Caitlin Long (Jan. 27, 2023)).

[3] *See* Bd. of Governors of the Fed. Reserve Sys., *Joint Statement on Crypto-Asset Risks to Banking Organizations* (Jan. 3, 2023), https://www.fdic.gov/news/press-releases/2023/pr23002a.pdf

May 6, 2025
Page 2

stablecoin, which may be conducted "consistent with sound risk management practices."[4] This new guidance also recognized that "bank activities," including "crypto-asset activities" should "be treated consistently, regardless of the underlying technology."[5]

Both authorities constitute additional evidence supporting Appellant's position that Custodia's servicing of crypto-asset customers does not introduce unmanageable risk to the federal payment system—and refuting Appellees' contrary policy arguments.[6]

Respectfully submitted,

*/s/ Ian Heath Gershengorn*
Ian Heath Gershengorn

*Counsel for Plaintiff-Appellant Custodia Bank, Inc.*

Cc: All counsel of record (via CM/ECF)

---

[4] *See* Office of the Comptroller of the Currency, Interpretive Letter 1183 (Mar. 7, 2025), https://occ.gov/topics/charters-and-licensing/interpretations-and-actions/2025/int1183.pdf (filed herewith as "Exhibit B").

[5] *Id.*

[6] *See, e.g.*, Custodia Opening Br. 18–22 ("Appellees' strawman concerns about Custodia's business at best reveal ignorance and at worst are disingenuous."); Board Response Br. 43–49; FRBKC Response Br. 18–28.

May 6, 2025
Page 3

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with the length limitations set forth in Fed. R. App. P. 28(j) because it contains 213 words, as counted by Microsoft Word, excluding the items that may be excluded.

<u>*/s/ Ian Heath Gershengorn*</u>
Ian Heath Gershengorn

*Counsel for Plaintiff-Appellant Custodia Bank, Inc.*