FILED
United States Court of Appeals
Tenth Circuit

October 31, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

CUSTODIA BANK, INC.,

    Plaintiff - Appellant,

v.

FEDERAL RESERVE BOARD OF GOVERNORS; FEDERAL RESERVE BANK OF KANSAS CITY,

    Defendants - Appellees.

-------------------------------

AMERICANS FOR PROSPERITY FOUNDATION-WYOMING; STATE OF WYOMING; THE DIGITAL CHAMBER; GLOBAL BLOCKCHAIN BUSINESS COUNCIL-USA; FORMER SENATOR PATRICK J. TOOMEY; BLOCKCHAIN ASSOCIATION; SENATOR CYNTHIA M. LUMMIS; SENATOR STEVE DAINES; REPRESENTATIVE WARREN E. DAVIDSON, Members of the U.S. Senate Banking Committee and U.S. House Financial Services Committee; WYOMING SECRETARY OF STATE; PROFESSOR DAVID ZARING; INDEPENDENT COMMUNITY BANKERS OF AMERICA; CONSUMER BANKERS ASSOCIATION; AMERICAN BANKERS ASSOCIATION; FEDERAL RESERVE BANKS; THE BANK POLICY INSTITUTE; THE CLEARING HOUSE ASSOCIATION, LLC; WYOMING BANKERS ASSOCIATION,

    Amici Curiae.

No. 24-8024
(D.C. No. 1:22-CV-00125-SWS)
(D. Wyo.)

_____

## JUDGMENT
_____

Before **TYMKOVICH**, **EBEL**, and **ROSSMAN**, Circuit Judges.
_____

This case originated in the District of Wyoming and was argued by counsel.

The judgment of that court is affirmed.

                                      Entered for the Court

                                      CHRISTOPHER M. WOLPERT, Clerk