UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Custodia Bank, Inc.

v.

Federal Reserve Board of Governors;
Federal Reserve Bank of Kansas City.

Case No. 24-8024

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Custodia Bank, Inc.
[Party or Parties][1]

Appellant, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| Kannon K. Shanmugam<br>Name of Counsel | Masha G. Hansford<br>Name of Counsel |
| /s/ Kannon K. Shanmugam<br>Signature of Counsel | /s/ Masha G. Hansford<br>Signature of Counsel |
| 2001 K Street, NW<br>Washington, D.C. 20006-1047<br>(202) 223-7325<br>Mailing Address and Telephone Number | 2001 K Street, NW<br>Washington, D.C. 20006-1047<br>(202) 419-7147<br>Mailing Address and Telephone Number |
| kshanmugam@paulweiss.com<br>E-Mail Address | mhansford@paulweiss.com<br>E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

| | |
|---|---|
| Nathan W. Raab<br>Name of Counsel | David T. Wong<br>Name of Counsel |
| /s/ Nathan W. Raab<br>Signature of Counsel | /s/ David T. Wong<br>Signature of Counsel |
| 2001 K Street, NW<br>Washington, D.C. 20006-1047<br>(202) 381-5244<br>Mailing Address and Telephone Number | 2001 K Street, NW<br>Washington, D.C. 20006-1047<br>(202) 381-5248<br>Mailing Address and Telephone Number |
| nraab@paulweiss.com<br>E-Mail Address | dwong@paulweiss.com<br>E-Mail Address |

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

December 10, 2025
Date

/s/ Kannon K. Shanmugam
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance Form to:
                    [date]
_____

at_____,

the last known address/email address, by _____.
                                              [state method of service]

 December 10, 2025          
Date

/s/ Kannon K. Shanmugam          
Signature