**FILED**
**United States Court of Appeals**
**Tenth Circuit**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

**December 19, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

---

| | |
|---|---|
| CUSTODIA BANK, INC., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> FEDERAL RESERVE BOARD OF GOVERNORS, et al., <br><br> Defendants - Appellees. <br><br> ------------------------------ <br><br> AMERICANS FOR PROSPERITY FOUNDATION-WYOMING, et al., <br><br> Amici Curiae. | No. 24-8024 <br> (D.C. No. 1:22-CV-00125-SWS) <br> (D. Wyo.) |

---

**ORDER**

---

Before **TYMKOVICH**, **EBEL**, and **ROSSMAN**, Circuit Judges.

---

This matter is before the court on appellant's petition for rehearing and rehearing en banc. Appellee shall file a response to the petition on or before December 29, 2025.

Entered for the Court

Per Curiam