No. 24-8024

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

CUSTODIA BANK, INC.,
    *Plaintiff-Appellant*,

v.

FEDERAL RESERVE BOARD OF GOVERNORS;
FEDERAL RESERVE BANK OF KANSAS CITY,
    *Defendants-Appellees*.

On Appeal from the United States District Court for the District of Wyoming, No. 1:22-cv-00125-SWS, Hon. Scott W. Skavdahl

## APPELLEES' JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR REHEARING EN BANC

Pursuant to Federal Rule of Appellate Procedure 26(b), Appellees Federal Reserve Bank of Kansas City ("FRBKC") and the Board of Governors of the Federal Reserve System (the "Board") respectfully request a 21-day extension of time—up to and including January 20, 2026—to respond to Appellant Custodia Bank, Inc.'s Petition for Rehearing En Banc ("Petition"). Appellees have not previously filed a motion for an extension of time in connection with the Petition. Custodia consents to this request.

Appellees request a 21-day extension of time to respond to the Petition for the following reasons:

1. The Court issued its decision in this appeal on October 31, 2025.

2. Custodia filed its Petition 45 days later, on December 16, 2025. *See* Fed. R. App. P. 40(a)(1)(B) (45-day rehearing deadline because the Board is a federal agency).

3. The Court issued an Order on December 19, 2025, directing FRBKC and the Board to respond to the Petition within 10 days, by December 29, 2025.

4. Appellees' undersigned counsel have family commitments, including out-of-state and international travel, in connection with Christmas and New Year's Day for the ten-day period between the Court's December 19 Order directing a response to the Petition and the December 29 deadline, and the federal government is closed for several of these ten days.

5. Appellees' counsel have been informed of two amicus curiae briefs that will be filed in support of the Petition. Both FRBKC and the Board have consented to the filing of those amicus curiae briefs, which

are due by December 23, 2025. *See* Fed. R. App. P. 29(b)(5); 10th Cir. R. 29.1. The requested extension of time is necessary to analyze and respond to the amicus curiae briefs.

6. Counsel for FRBKC also have preexisting deadlines and obligations in other active matters, including:

- Filing a motion for a stay pending appeal in *WhatsApp v. NSO Technologies Group, Ltd.*, No. 25-7380 (9th Cir.), due December 26, 2025.

- Filing an amicus brief in support of petitioners in *Painters and Allied Trades District Council 82 Health Care Fund v. Takeda Pharmaceutical Co. Ltd.*, No. 25-625 (U.S.), due January 2, 2026.

- Preparing for a preliminary injunction hearing in *Google v. Does 1 a/k/a Yucheng Chang and Does 2-25*, No. 1:25-cv-10440-JSR (S.D.N.Y), on January 9, 2026.

- Filing an opposition to plaintiffs' motion for class certification in *Pino v. Cardone Capital LLC*, No. 2:20-cv-08499 (C.D. Cal.), due January 14, 2026.

- Filing a brief in opposition to the petition for a writ of certiorari in *U.S. ex rel. Senters v. Quest Diagnostics Inc.*, No. 25-728 (U.S.), due January 20, 2026.

Appellees' requested extension will not prejudice Custodia or unreasonably delay the Court's ability to rule on the Petition.

Accordingly, Appellees respectfully request the Court grant a 21-day extension of time, up to and including January 20, 2026, in which to file their responses to the Petition.

Dated: December 22, 2025

Respectfully submitted,

*/s/ Jeffrey S. Bucholtz*

| | |
|---|---|
| Joshua P. Chadwick | Jeffrey S. Bucholtz |
| Yvonne F. Mizusawa | Alexander Kazam |
| Yonatan Gelblum | Christine M. Carletta |
| Katherine Pomeroy | KING & SPALDING LLP |
| BOARD OF GOVERNORS | 1700 Pennsylvania Avenue NW |
| OF THE FEDERAL | Washington, DC 20006 |
| RESERVE SYSTEM | (202) 737-0500 |
| 20th Street | jbucholtz@kslaw.com |
| & Constitution Ave. NW | |
| Washington, DC 20551 | Andrew Z. Michaelson |
| (202) 263-4835 | KING & SPALDING LLP |
| joshua.p.chadwick@frb.gov | 1290 Avenue of the Americas |
| yvonne.f.mizusawa@frb.gov | 14th Floor |
| yonatan.gelblum@frb.gov | New York, NY 10104 |
| katherine.pomeroy@frb.gov | (212) 556-2100 |

*Counsel for Defendant-Appellee Board of Governors of the Federal Reserve System*

Matthew V.H. Noller
KING & SPALDING LLP
50 California Street
Suite 3300
San Francisco, CA 94111
(415) 318-1200

Billie LM Addleman
HIRST APPLEGATE, LLP
PO Box 1083
Cheyenne, WY 82003
(307) 632-0541

*Counsel for Defendant-Appellee Federal Reserve Bank of Kansas City*

# CERTIFICATE OF DIGITAL SUBMISSION
# AND PRIVACY REDACTIONS

Under the court's CM/ECF User's Manual, I certify that:

1) all required privacy redactions have been made per 10th Cir. R. 25.5;

2) hard copies of this pleading that may have to be submitted are exact copies of the ECF filing; and

3) the ECF submission has been scanned for viruses with the most recent version of a commercial virus scanning program, Microsoft Defender, and, according to the program, is free of viruses.

Date: December 22, 2025

                                                  */s/Jeffrey S. Bucholtz*
                                                  Jeffrey S. Bucholtz

                                                  *Counsel for Federal Reserve*
                                                  *Bank of Kansas City*

# CERTIFICATE OF COMPLIANCE

I certify this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 491 words, excluding the parts exempted by Fed. R. App. P. 32(f).

I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in 14-point, proportionally spaced typeface using Microsoft Word.

Date: December 22, 2025

*/s/Jeffrey S. Bucholtz*
Jeffrey S. Bucholtz

*Counsel for Federal Reserve
Bank of Kansas City*
