# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K Street, NW
Washington, DC 20006-1047
+1 202 223 7300

**Kannon K. Shanmugam**
**Direct Dial:** +1 202 223 7325
**Email:** kshanmugam@paulweiss.com

New York
Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Wilmington

December 22, 2025

**VIA ELECTRONIC FILING**

Mr. Christopher M. Wolpert
Clerk of Court
U.S. Court of Appeals for the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

      Re:   *Custodia Bank, Inc.* v. *Federal Reserve Board of Governors*,
            No. 24-8024

Dear Mr. Wolpert:

    I represent appellant Custodia Bank, Inc., in the above-captioned matter. I write to notify the Court of the Federal Reserve Board's new policy statement on Section 9(13) of the Federal Reserve Act (attached as Exhibit A).

    On the same day it denied Custodia's application to become a member of the Federal Reserve System in 2023, the Federal Reserve Board issued a policy statement on Section 9(13) of the Federal Reserve Act. *See* 88 Fed. Reg. 7848 (Feb. 7, 2023) (issued Jan. 27, 2023). The statement asserted that "crypto-asset-related-activities"—activities central to Custodia's business model—were presumptively inconsistent with safe and sound banking practices. *Id.* at 7850.

    But on December 17, 2025, the Fed abandoned that position and rescinded its 2023 policy statement. *See Policy Statement on Section 9(13) of the Federal Reserve Act*, 90 Fed. Reg. 59731 (Dec. 22, 2025) (issued Dec. 17, 2025). The Fed's new policy statement specifically disavows the 2023 policy statement's assessment of crypto-asset-related risks. *See id.* at 59731-59732. The Fed's old position, the new policy statement explains, is "no longer appropriate" in light of the Fed's "evolving understanding of the risks of the crypto-asset sector." *Id.* at 59732.

The Fed's new position marks a wholesale retreat from its previous reasoning in denying Custodia's master account application. *See, e.g.*, Anas Hasssan, *Fed Scraps 2023 Crypto Banking Ban That Blocked Crypto Bank Custodia*, Yahoo Finance (Dec. 18, 2025) <tinyurl.com/fedscraps>. It illustrates the policy-laden nature of the judgment that the panel's interpretation of the MCA authorizes, and therefore the constitutional problems it raises. It also poses a question: why does the Fed continue to block all Wyoming SPDI banks, including Custodia, from master accounts? And it confirms what Custodia recently explained in its petition for rehearing en banc: "the Fed . . . can easily protect itself" from risk "under Custodia's reading" of the Monetary Control Act. Pet. 17.

Respectfully submitted,

/s/ Kannon K. Shanmugam
Kannon K. Shanmugam

cc:    Counsel of record (via electronic filing)

## CERTIFICATE OF COMPLIANCE
## WITH WORD-COUNT LIMITATIONS

 I hereby certify that this letter complies with the word limit of Fed. R. App. P. 28(j) because it contains 311 words.

           /s/ Kannon K. Shanmugam
           Kannon K. Shanmugam

December 22, 2025