No. 24-8024

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

CUSTODIA BANK, INC.,

*Plaintiff-Appellant*,

v.

FEDERAL RESERVE BOARD OF GOVERNORS, ET AL.,

*Defendants-Appellees*.

On Appeal from the U.S. District Court for the District of Wyoming
No. 1:22-cv-00125 (Hon. Scott W. Skavdahl)

## BLOCKCHAIN ASSOCIATION'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMICUS BRIEF IN SUPPORT OF PLAINTIFF-APPELLANT'S PETITION FOR REHEARING EN BANC

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and 29(b)(2)-(3), the Blockchain Association respectfully moves for leave to file an amicus brief in support of Plaintiff-Appellant Custodia Bank, Inc.'s petition for rehearing en banc. A copy of the proposed amicus brief is attached as an exhibit to this motion. Counsel for all parties have consented to this motion.

The Blockchain Association is a nonprofit membership organization representing more than 130 companies in the digital asset and blockchain technology sector. The Association seeks leave to file an amicus brief because the panel majority's decision, if allowed to stand, will give unprecedented power to the Federal Reserve to debank disfavored groups—power the agency used in this case as part of a coordinated shadow campaign to try to debank the digital-asset industry.

The Blockchain Association's broader industry and policy perspective will aid the Court in evaluating whether the question presented in Custodia's en banc petition is a matter of "exceptional public importance" warranting en banc review. Tenth Cir. R. 40.1. The matters asserted in the brief are relevant because they explain why the panel majority's decision, if left in place, will dramatically limit as a practical matter States' traditional authority to charter banks, preventing States from serving as a counterweight to the massive discretionary power that federal banking agencies hold over the financial system and from acting as laboratories of innovation for banking services.

For these reasons, the Blockchain Association respectfully requests that this Court grant it leave to file the attached amicus brief in support of rehearing en banc.

Dated:  December 22, 2025          Respectfully submitted,

/s/ *Nick Harper*
Stephanie L. Brooker
Nick Harper
  *Counsel of Record*
Matt Gregory
M. Christian Talley
GIBSON, DUNN & CRUTCHER LLP
1700 M St, N.W.
Washington, D.C.  20036
(202) 955-8500
nharper@gibsondunn.com

*Counsel for Amicus Curiae the Blockchain Association*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27, I certify that the attached motion is proportionally spaced, has a typeface of 14 points, and complies with the word count limitations set forth in Fed. R. App. P. 27(d)(2). This motion has 278 words, excluding the portions exempted by Fed. R. App. P. 32.

Dated: December 22, 2025     By:   /s/ *Nick Harper*
                                   Nick Harper

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing:

(1) All required privacy redactions have been made per 10th Cir. R. 25.2;

(2) If required to file hard copies, they will be exact copies of the ECF submissions;

(3) The digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, CrowdStrike Falcon, and according to the program are free of viruses.

December 22, 2025                          Respectfully submitted,

*/s/ Nick Harper*
Nick Harper