UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

**Custodia Bank, Inc.**

v.                                                                 Case No.     **24-8024**

**Federal Reserve Board, et al.**

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for Former Senator Patrick J. Toomey, as *amicus curiae* in the above-captioned case.

Attorneys entering appearances must include their signatures below.

**Chris Land**

_____
Signature of Counsel

**United States Senate**
**127A Russell Senate Office Building**
**Washington, DC 20510**
**(202) 224-3424**
**chris_land@lummis.senate.gov**

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☐   The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒   There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

**22 Dec 2025**

_____
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance Form to:
                     [date]

_____

at_____,

the last known address/email address, by _____.
                                                    [state method of service]

**22 Dec 2025**

_____
Signature