UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| CUSOTDIA BANK, INC<br><br>　　　　Plaintiff – Appellant,<br><br>v.<br><br>FEDERAL RESERVE BOARD OF GOVERNORS, et al.,<br><br>　　　　Defendants – Appellees. | Case No.24-8024<br>D.C. No. 1:22-CV-00125-SWS)<br>(D. Wyo.) |

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

　　　In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_State of Wyoming_____
　　　　　　　　　　　　　　[Party or Parties].[1]

_____

Amicus Curiae Supporting Rehearing En Banc_____,
in the above-captioned case(s).
　　　[Appellant/Petitioner or Appellee/Respondent]

<span style="color:red">Attorneys entering appearances must include their signatures below.</span>

___Keith Kautz_____      _Mackenzie Williams _____
Name of Counsel                             Name of Counsel

_/s/Keith Kautz_____        __/s/ Mackenzie Williams _____

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

| | |
|---|---|
| Signature of Counsel | Signature of Counsel |
| <u>109 Capitol, Cheyenne WY 82002, 307-777-6196</u><br>Mailing Address and Telephone Number | <u>109 Capitol, Cheyenne WY 82002, 307-777-6196</u><br>Mailing Address and Telephone Number |
| <u>  keith.kautz@wyo.gov            </u><br>E-Mail Address | <u>  Mackenzie.williams@wyo.gov            </u><br>E-Mail Address |

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

 12/23/2025 
Date

 /s/Mackenzie Williams 
/s/Keith Kautz
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance Form to:
          [date]

_____

at_____,

the last known address/email address, by _____.
          [state method of service]


_12/23/2025_____
Date

_/s/Mackenzie Williams
/s/Keith Kautz_____
Signature