UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Custodia Bank, Inc.

v.

Federal Reserve Board, et al.

Case No. 24-8024

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_____Blockchain Association, as *amicus curiae*_____
[Party or Parties][1]

_____

_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

| | |
|---|---|
| Stephanie L. Brooker | M. Christian Talley |
| Name of Counsel | Name of Counsel |
| *s/Stephanie L. Brooker* | *s/M. Christian Talley* |
| Signature of Counsel | Signature of Counsel |
| 1700 M Street, N.W., Washington, D.C. 20036, (202) 955-8500 | 1700 M Street, N.W., Washington, D.C. 20036, (202) 955-8500 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| sbrooker@gibsondunn.com | ctalley@gibsondunn.com |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐  The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒  There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

January 7, 2026
Date

*s/Stephanie L. Brooker*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance Form to:
      [date]

_____

at_____,

the last known address/email address, by _____.
      [state method of service]

January 7, 2026
Date

*s/Stephanie L. Brooker*
Signature