No. 24-8024

**IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

CUSTODIA BANK, INC.,
*Plaintiff-Appellant*,

v.

FEDERAL RESERVE BOARD OF GOVERNORS, ET AL.,
*Defendants-Appellees*.

On Appeal from the United States District Court for the
District of Wyoming, No. 1:22-CV-125-SWS (Skavdahl, J.)

**UNOPPOSED MOTION OF THE BANK POLICY INSTITUTE AND
THE CLEARING HOUSE ASSOCIATION L.L.C. FOR LEAVE TO FILE
*AMICUS* BRIEF IN OPPOSITION TO PLAINTIFF-APPELLANT'S
PETITION FOR REHEARING EN BANC**

Mark W. Mosier
Randy Benjenk
COVINGTON & BURLING LLP
850 Tenth Street, N.W.
Washington, D.C. 20001
(202) 662-6000

*Counsel for* Amici Curiae

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and 29(b)(2)-(3), The Bank Policy Institute and The Clearing House Association L.L.C. respectfully move for leave to file an amicus brief in opposition to Plaintiff-Appellant Custodia Bank, Inc.'s petition for rehearing en banc. A copy of the proposed amicus brief is attached as an exhibit to this motion. Counsel for all parties have consented to this motion.

The Bank Policy Institute is a nonpartisan public policy, research, and advocacy group that represents universal banks, regional banks, and the major foreign banks doing business in the United States. The Institute produces academic research and analysis on regulatory and monetary policy topics, analyzes and comments on proposed regulations, and represents the financial services industry with respect to cybersecurity, fraud, and other information security issues.

The Clearing House Association L.L.C., established in 1853, is a nonpartisan advocacy organization that represents the interests of its member banks by developing and promoting policies to support a safe, sound, and competitive banking system that serves customers, communities, and economic growth. Its sister company, The Clearing House Payments Company L.L.C., operates core U.S. payments system infrastructure.

*Amici* have an interest in the petition because it presents important issues concerning access to master accounts at Federal Reserve Banks, which many of

*amici*'s members hold. *Amici*'s proposed brief is relevant because it explains why, as a matter of sound public policy, Congress vested Reserve Banks with the critical discretionary authority to deny master account access and thereby guard against serious risks to the Federal Reserve, taxpayers, financial institutions, and the financial system.

For these reasons, The Bank Policy Institute and The Clearing House Association L.L.C. respectfully request that this Court grant them leave to file the attached *amicus* brief in opposition to Custodia's petition for rehearing en banc.

Dated: January 20, 2026                     Respectfully submitted,

*/s/ Mark W. Mosier*
Mark W. Mosier
Randy Benjenk
COVINGTON & BURLING LLP
850 Tenth Street, N.W.
Washington, D.C. 20001
(202) 662-6000

*Counsel for* Amici Curiae

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 297 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

I further certify, pursuant to Section II.J of this Court's CM/ECF User's Manual, that all required privacy redactions have been made and that any hard copies the Court may require will be exact copies of the ECF submission.

I further certify that this motion complies with the typeface requirements of Fed. R. App. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: January 20, 2026        By: */s/ Mark W. Mosier*
                                   Mark W. Mosier

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: January 20, 2026     By: */s/ Mark W. Mosier*
                                Mark W. Mosier