# In the United States Court of Appeals for the Tenth Circuit

———

No. 24-8024

CUSTODIA BANK, INC.,
PLAINTIFF-APPELLANT

*v.*

FEDERAL RESERVE BOARD OF GOVERNORS, ET AL.,
DEFENDANTS-APPELLEES

———

**APPELLANT'S MOTION FOR LEAVE TO FILE
A REPLY BRIEF IN SUPPORT OF
PETITION FOR REHEARING EN BANC**

———

Pursuant to Federal Rule of Appellate Procedure 27, appellant Custodia Bank, Inc. moves for leave to file a reply brief in support of its petition for rehearing en banc. Respondents oppose Custodia's motion.

Custodia's petition raises questions of exceptional importance—questions that implicate the States' long-held authority to charter their own banks and the constitutionality of the Fed's structure. The attached reply brief would afford appellants a short opportunity to respond to the assertions made by appellees and would facilitate the Court's disposition of this important and complex case. This Court has previously granted other appellants leave to file similar replies. *See, e.g.*, Order, *United States* v. *Moon Seals*, No. 24-1028 (10th Cir. Jan. 22, 2026), ECF No. 75 (granting leave to file a reply and

rehearing); Order, *Tucker* v. *Faith Bible Chapel International*, No. 20-1230 (10th Cir. July 28, 2022), ECF No. 280 (granting leave to file a reply over respondent's objection); Order, *Anderson Living Trust* v. *Energen Resources Co.*, No. 16-2124 (10th Cir. March 2, 2018), ECF No. 117 (same).

Accordingly, Custodia respectfully requests that leave to file a reply brief be granted.

Respectfully submitted,

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM
MASHA G. HANSFORD
NATHAN W. RAAB
DAVID T. WONG
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.*
  *Washington, DC 20006*
  *(202) 223-7300*
  *kshanmugam@paulweiss.com*

JANUARY 27, 2026

# CERTIFICATE OF COMPLIANCE
# WITH TYPEFACE AND WORD-COUNT LIMITATIONS

    I, Kannon K. Shanmugam, counsel for appellant Custodia Bank, Inc. and a member of the Bar of this Court, certify, pursuant to Federal Rule of Appellate Procedure 27(d), that the foregoing Motion for Leave to File a Reply Brief in Support of Petition for Rehearing En Banc is proportionately spaced, has a typeface of 14 points or more and contains 185 words.

JANUARY 27, 2026                                    /s/ Kannon K. Shanmugam
                                                                                  KANNON K. SHANMUGAM

## CERTIFICATE OF SERVICE

I, Kannon K. Shanmugam, counsel for appellant Custodia Bank, Inc. and a member of the Bar of this Court, certify that, on January 27, 2026, a copy of the attached Motion for Leave to File a Reply Brief in Support of Petition for Rehearing En Banc was filed through the Court's electronic filing system. I further certify that all participants in the case are registered users with the electronic filing system and that service will be accomplished by that system.

/s/ Kannon K. Shanmugam  
KANNON K. SHANMUGAM
