UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

March 23, 2026

Margaret Botkins
United States District Court for the District of Wyoming
Office of the Clerk
111 South Wolcott
Casper, WY 82602-0000

RE:    **24-8024, Custodia Bank v. Federal Reserve Board of Governors, et al**
Dist/Ag docket: 1:22-CV-00125-SWS

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's October 31, 2025 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Billie L.M. Addleman
       Karl D. Anderson
       Brent R. Baker
       Randy Benjenk
       Erin Elizabeth Berry
       Stephanie Brooker
       Jeffrey S. Bucholtz
       Christine Carletta
       Joshua Paul Chadwick

Paul D. Clement
Colin Crossman
Kathleen Foley
Jonathan S. Franklin
Emily Caroline Snell Freeman
Yonatan Gelblum
Ian Heath Gershengorn
Matthew Gregory
Masha G. Hansford
Denis Nicholas Harper
Bridget L. Hill
Michelle Kallen
Keith Kautz
Devin Thomas Kenney
Maria E. LaBella
Christopher Land
Jared Michael Lax
Jeffrey Richard Luther
David Oscar Markus
Andrew Z. Michaelson
Yvonne Facchina Mizusawa
Nicolas Morgan
Mark William Mosier
Erin E. Murphy
Scott E. Ortiz
Michael David Pepson
James B. Peters
Katherine Pomeroy
Emanuel Powell
Nathan Raab
C. Harker Rhodes IV
Laurel Loomis Rimon
Ryan Thomas Scarborough
Kannon K. Shanmugam
Mark Christian Talley
Greyson E Tuck
Donald B. Verrilli Jr.
Mackenzie Williams
Jamie Elizabeth Wolfe
David Wong
Kevin Joseph Wynosky
Jonathan Youngwood

CMW/jjh

2