# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 14, 2026

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re:   Custodia Bank, Inc.
v. Federal Reserve Board of Governors, et al.
No. 26-62
(Your No. 24-8024)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 10, 2026 and placed on the docket July 14, 2026 as No. 26-62.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst