UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| | |
|---|---|
| Custodia Bank<br><br>v.<br><br>Federal Reserve Board of Governors, et al. | Case No. 24-8024 |

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned certifies Custodia Bank is a bank headquartered and charted by the state of Wyoming which has no parent corporation and no subsidiaries and has no information to disclose pursuant to Fed. R. App. P. 26.1.

**DATED** this 10th day of May 2024.

/s/ *Michelle S. Kallen*
Michelle S. Kallen
Ian H. Gershengorn
JENNER & BLOCK LLP
1099 New York Ave., NW, Suite 900
Washington, DC 20001
Tel: (202) 639-6000
Fax: (202) 639-6066
Em: MKallen@jenner.com
Em: IGershengorn@jenner.com

Scott E. Ortiz, WSB No. 5-2520
WILLIAMS, PORTER, DAY & NEVILLE, P.C.

1

159 N. Wolcott, Ste. 400
P.O. Box 10700
Casper, WY 82602
Tel:   (307) 265-0700
Fax:  (307) 266-2306
Em:   sortiz@wpdn.net

*Attorneys for Appellant Custodia Bank*

# CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that the privacy redaction requirements of 10th Cir. R. 25.5 have been complied with. I further certify that the foregoing digital submission has been scanned for viruses with the most recent version of a commercial virus scanning program, System Center Endpoint Protection through ProCirrus technologies, and according to that program, this submission is free from viruses.

/s/ *Michelle S. Kallen*
Michelle S. Kallen

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on May 10th, 2024 via ECF to:

| | |
|---|---|
| Mark Van Der Weide<br>Joshua P. Chadwick<br>Yvonne F. Mizusawa<br>Yonatan Gelblum<br>Katherine Pomeroy<br>BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM<br>20th Street and Constitutional Avenue, N.W.<br>Washington, DC 20551 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Billie L.M. Addleman<br>John P. Fritz<br>Erin E. Berry<br>HIRST APPLEGATE, LLP<br>P.O. Box 1083<br>Cheyenne, Wyoming 82003 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Andrew Michaelson<br>Laura Harris<br>KING & SPALDING, LLC<br>1185 Avenue of the Americas, 34th Floor<br>New York, New York 10036 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |
| Jeffrey S. Bucholtz<br>Joshua N. Mitchell<br>Christine M. Carletta<br>Emily Caroline Snell Freeman<br>KING & SPALDING, LLP<br>1700 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |

| | |
|---|---|
| Angela Tarasi<br>Jared M. Lax<br>KING & SPALDING, LLP<br>1401 Lawrence Street<br>Suite 1900<br>Denver, Colorado 80202 | ☐ U.S. Mail (Postage Prepaid)<br>☐ Email<br>☐ Overnight Delivery<br>☐ Hand Delivery<br>☒ CM/ECF System |

/s/ *Michelle S. Kallen*
Michelle S. Kallen