UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Custodia Bank

v.

Federal Reserve Board of Governors, et al.

Case No. 24-8024

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Board of Governors of the Federal Reserve System
_____
[Party or Parties][1]

_____

Appellee
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


Joshua Chadwick
_____
Name of Counsel

/s/ Joshua Chadwick
_____
Signature of Counsel

20th Street and Constitution Ave. NW
Washington, DC 20551   (202) 263-4835
_____
Mailing Address and Telephone Number

joshua.p.chadwick@frb.gov
_____
E-Mail Address


Yonatan Gelblum
_____
Name of Counsel

/s/ Yonatan Gelblum
_____
Signature of Counsel

20th Street and Constitution Ave. NW
Washington, DC 20551   (202) 452-2046
_____
Mailing Address and Telephone Number

yonatan.gelblum@frb.gov
_____
E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

### ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Custodia Bank

v.

Federal Reserve Board of Governors, et al.

Case No. 24-8024

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Board of Governors of the Federal Reserve System
_____
[Party or Parties][1]

_____

Appellee _____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| Katherine Pomeroy | Yvonne Mizusawa |
| Name of Counsel | Name of Counsel |
| /s/ Katherine Pomeroy | /s/ Yvonne Mizusawa |
| Signature of Counsel | Signature of Counsel |
| 20th Street and Constitution Ave. NW<br>Washington, DC 20551    (202) 912-4329 | 20th Street and Constitution Ave. NW<br>Washington, DC 20551    (202) 452-3436 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| katherine.pomeroy@frb.gov | yvonne.f.mizusawa@frb.gov |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

05/10/2024
Date

/s/ Katherine Pomeroy
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ____ _____ I sent a copy of this Entry of Appearance
         [date]
Form to:
_____

at_____,

the last known address/email address, by _____.
                                          [state method of service]

05/10/2024
_____
Date

/s/ Katherine Pomeroy
_____
Signature