# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

Custodia Bank

v.

Federal Reserve Board of Governors, et al.

Case No. 24-8024

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of   Federal Reserve Bank of Kansas City
                    [Party Name(s)]
certifies[1] as follows:

    X    The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

Federal Reserve Bank of Kansas City ("FRBKC") respectfully submits this corporate disclosure statement pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure. FRBKC is a corporation incorporated under the laws of the United States, pursuant to the Federal Reserve Act of 1913, 12 U.S.C. § 221 *et seq*.  It has no parent company, nor does it have any publicly-owned subsidiaries or affiliates.  Although stock of FRBKC is owned by member commercial banks within the Tenth Federal Reserve District, none of its stockholders control FRBKC.  Stock of Federal Reserve Banks, unlike stock in a private corporation, is not acquired for investment purposes or for purposes of control.  Rather, such stock is acquired because its ownership is a condition of membership in the Federal Reserve System.  Unlike owners of a private corporation, Federal Reserve Bank stockholders do not possess a residual equity interest in Reserve Bank assets.

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

Date: 5/10/24

*/s/Jeffrey S. Bucholtz*
Jeffrey S. Bucholtz
King & Spalding LLP
1700 Pennsylvania Avenue NW, Suite 900
Washington, DC 20006
(202) 737-0500
jbucholtz@kslaw.com

# CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

Date: 5/10/24

*/s/Jeffrey S. Bucholtz*
Jeffrey S. Bucholtz
King & Spalding LLP
1700 Pennsylvania Avenue NW, Suite 900
Washington, DC 20006
(202) 737-0500
jbucholtz@kslaw.com