UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Custodia Bank

v.

Federal Reserve Board of Governors, et al.

Case No. 24-8024

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for: Federal Reserve Bank of Kansas City

[Party or Parties][1]

Defendant-Appellee, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Jeffrey S. Bucholtz
*/s/Jeffrey S. Bucholtz*
King & Spalding LLP
1700 Pennsylvania Avenue NW, Suite 900
Washington, DC 20006
(202) 737-0500
jbucholtz@kslaw.com

Andrew Z. Michaelson
*/s/Andrew Z. Michaelson*
King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
(212) 556-2100
amichaelson@kslaw.com

Billie LM Addleman
*/s/Billie LM Addleman*
Hirst Applegate, LLP
PO Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541
baddleman@hirstapplegate.com

Erin E. Berry
*/s/Erin E. Berry*
Hirst Applegate, LLP
PO Box 1083
Cheyenne, WY 82003-1083
(307) 632-0541
eberry@hirstapplegate.com

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

Christine Carletta
*/s/Christine M. Carletta*
King & Spalding LLP
1700 Pennsylvania Avenue NW, Suite 900
Washington, DC 20006
(202) 737-0500
ccarletta@kslaw.com

Jared Lax
*/s/Jared Lax*
King & Spalding LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
(720) 535-2300
jlax@kslaw.com

E. Caroline Freeman
*/s/E. Caroline Freeman*
King & Spalding LLP
1700 Pennsylvania Avenue NW, Suite 900
Washington, DC 20006
(202) 737-0500
cfreeman@kslaw.com

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

X The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

Amici in the District Court:

- State of Wyoming
- Senator Cynthia M. Lummis, United States Senate Banking, Housing, and Urban Affairs Committee Member
- Members of the United States House of Representatives Financial Services Committee:
- Representative Warren E. Davidson, Representative Ted Budd, Representative Trey Hollingsworth, Representative William Timmons
- Senator Christopher Rothfuss, Co-Chair of Wyoming Select Committee on Blockchain, Financial Technology, and Digital Innovation Technology
- Representative Jared Olsen, Co-Chair of Wyoming Select Committee on Blockchain, Financial Technology and Digital Innovation Technology
- Former Senator Patrick J. Toomey
- Blockchain Association
- Payment System Scholars: Professor Gerald P. Dwyer (Clemson University), Professor Frank Emmert (Indiana University), Professor Tonya M. Evans (Penn State Dickinson Law), Professor Julie Andersen Hill (University of Alabama School of Law), Professor George Selgin (University of Georgia)
- Professor David Zaring (Wharton School of University of Pennsylvania)

Counsel in the District Court:

- For Custodia Bank:
  - Williams & Connolly: Sarah M. Harris, Ryan Thomas Scarborough, Ian Swenson, John K. Villa, Lauren Weinberger, Jamie Elizabeth Wolfe, Russell Meir Mendelson, Whitney D. Hermandorfer
  - Williams, Porter, Day & Neville: Scott E. Ortiz
- For Federal Reserve Board of Governors:
  - Board of Governors of the Federal Reserve System: Joshua Paul Chadwick, Katherine Pomeroy, Yonatan Gelblum, Yvonne Facchina Mizusawa
  - United States Attorneys' Office: C Levi Martin

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

- For Federal Reserve Bank of Kansas City:
  - King & Spalding: Andrew Z. Michaelson, Angela Tarasi, Christine Carletta, E. Caroline Freeman, Jared Michael Lax, Jeffrey S. Bucholtz, Joshua N. Mitchell, Laura Harris
  - Hirst Applegate: Billie LM Addleman, Erin Elizabeth Berry
- For Amicus State of Wyoming:
  - Wyoming Attorney General's Office: Bridget L. Hill, Devin Kenney, Karl D. Anderson
- For United States Senate Banking, Housing and Urban Affairs Committee Members:
  - US Senate: Christopher Land
- For Wyoming Select Committee on Blockchain, Financial Technology, and Digital Innovation Technology Co-Chair Rothfuss:
  - Davis Wright Tremaine: David Gossett, Stephen Gannon, Lisa Weingarten Richards
  - Sterlington Law: Lisa Jerde Spillman
- For Patrick J. Toomey, Jr:
  - Cravath Swaine & Moore: Benjamin Gruenstein, John Buretta
  - Crowley Fleck PLLP: Darin Boyd Scheer
- For Blockchain Association and Payment System Scholars:
  - Hathaway & Kunz: Tyler John Garrett
  - Berger Montague PC: Matthew I. Summers
- For himself: Professor David Zaring (Wharton School)

Date: 5/10/24

*/s/Jeffrey S. Bucholtz*
Jeffrey S. Bucholtz
King & Spalding LLP
1700 Pennsylvania Avenue NW, Suite 900
Washington, DC 20006
(202) 737-0500
jbucholtz@kslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that:

X All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

Date: 5/10/24

*/s/Jeffrey S. Bucholtz*

Jeffrey S. Bucholtz
King & Spalding LLP
1700 Pennsylvania Avenue NW, Suite 900
Washington, DC 20006
(202) 737-0500
jbucholtz@kslaw.com