# CONFIDENTIAL MEDIATION CONTACT INFORMATION

## FOR MEDIATION OFFICE REVIEW ONLY

***Submit this form directly to the Mediation Office.***
Return by e-mail to CA10_CMO@ca10.uscourts.gov or fax (303-844-6437)
to the attention of Denise McClure, Conference Administrator.

**Conference Date:** _____

**Case No(s).:** _____  **Case Name:** _____

1. Please identify your client(s) and provide contact information for each attorney who will participate in the mediation conference. If more than one attorney is involved, the attorney with the <u>most direct relationship with the client</u> is required to participate in the conference and should be listed as Lead Mediation Counsel below.

**Client Name(s):**

- Appellant ☐
- Appellee ☐
- Other ☐  Details: _____

*Please provide the <u>best direct number</u> (identify the direct number as office or cell) and an e-mail address at which each participant can be reached.*

### Lead Mediation Counsel:

| | |
|---|---|
| Name: | _____ |
| Firm Name: | _____ |
| Address: | _____ |
| City/State/Zip: | _____ |
| Direct Number*: | Office: _____ Cell: _____ |
| E-mail: | _____ |

### Other counsel who will participate on behalf of your client:

| | |
|---|---|
| Name: | _____ |
| Firm Name: | _____ |
| Address: | _____ |
| City/State/Zip: | _____ |
| Direct Number*: | Office: _____ Cell: _____ |
| E-mail: | _____ |

### Other counsel who will participate on behalf of your client:

| | |
|---|---|
| Name: | _____ |
| Firm Name: | _____ |
| Address: | _____ |
| City/State/Zip: | _____ |
| Direct Number*: | Office: _____ Cell: _____ |
| E-mail: | _____ |

2. Please complete the below information <u>only if your client or client representative (**identify title**) will participate in the mediation conference</u>. If your client or client representative is participating from a different telephone number than lead counsel, please list the telephone number.

| | |
|---|---|
| Name: | _____ |
| Direct Number*: | Office: _____ Cell: _____ Email: _____ |

*Please provide the best **direct number** (*identify the direct number as office or cell*) and an e-mail address at which each participant can be reached.*