CIRCUIT MEDIATION OFFICE
# UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

May 13, 2024

| | |
|---|---|
| Ian H. Gershengorn, Esq.<br>Jenner & Block<br>1099 New York Avenue, NW, Suite 900<br>Washington, DC  20001 | Joshua P. Chadwick, Esq.<br>Federal Reserve Board of Governors<br>20th Street and Constitution Avenue, NW<br>Washington, DC  20551 |
| Sarah M. Harris, Esq.<br>Williams & Connolly<br>680 Maine Avenue SW<br>Washington, DC  20024 | Billie L.M. Addleman, Esq.<br>Hirst Applegate, LLP<br>1720 Carey Avenue, Suite 400<br>Cheyenne, WY  82001 |
| Scott E. Ortiz, Esq.<br>Williams, Porter, Day & Neville<br>159 North Wolcott Street, Suite 400<br>Casper, WY  82601 | Jeffrey S. Bucholtz, Esq.<br>King & Spalding, LLP<br>1700 Pennsylvania Avenue, NW<br>Washington, DC  20006 |
| | Jared Lax, Esq.<br>King & Spalding, LLP<br>1401 Lawrence Street, Suite 1900<br>Denver, CO  80202 |

RE:  No. 24-8024 – Custodia Bank, Inc. v. Federal Reserve Board of Governors, et al.

## MEDIATION CONFERENCE NOTICE

Dear Counsel:

     Pursuant to Rule 33.1, Rules of the Tenth Circuit, a **ZOOMGOV** mediation conference has been scheduled in this case for **Thursday, May 30, 2024** at **1:00 PM**, **MOUNTAIN TIME**. This office will forward an invitation to the ZoomGov meeting. Please allow at least two hours for the conference.

     The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

Counsel addressed above are tentatively identified to be the attorneys with primary responsibility for this case. Our goal, however, is to secure the participation of the attorneys on whose judgment the clients rely on when making decisions about settlement. Counsel are required to complete the attached **Mediation Contact Form within four business days of the date of this notice**.

Please contact this office **BY TELEPHONE IMMEDIATELY** if you need to have the conference rescheduled because of an unavoidable conflict.

Sincerely,

Denise McClure
Conference Administrator