UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 17, 2024

Ian Heath Gershengorn
Michelle Kallen
Jenner & Block
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412

Scott E. Ortiz
Williams, Porter, Day & Neville
159 North Wolcott Street, Suite 400
Casper, WY 82601

**RE:** 24-8024, Custodia Bank v. Federal Reserve Board of Governors, et al
Dist/Ag docket: 1:22-CV-00125-SWS

Dear Counsel:

The district court transmitted notice that the record is complete to the clerk of this court on May 17, 2024. *See* 10th Cir. R. 11.1(A) and 31.1(A)(1).

Appellant's brief and appendix must be filed on or before June 26, 2024. Appellee may file a response brief within 30 days after service of appellant's brief. If a response brief is filed, Appellant may file a reply brief within 21 days after service of appellee's brief.

Briefs and appendices must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. Counsel are encouraged to utilize the court's Briefing and Appendix checklist when compiling their briefs and appendices. Motions for extension of time are disfavored and must comply with 10th Cir. R. 27.1 and 27.6.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Billie L.M. Addleman
Erin Elizabeth Berry
Jeffrey S. Bucholtz
Christine Carletta
Joshua Paul Chadwick
Emily Caroline Snell Freeman
Yonatan Gelblum
Jared Michael Lax
Andrew Z. Michaelson
Yvonne Facchina Mizusawa
Katherine Pomeroy

CMW/jjh