# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Custodia Bank, Inc.

v.

Federal Reserve Board of Governors

Case No. 24-8024

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for

Custodia Bank, Inc.
[Party or Parties][1]

Appellant, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| Emanuel Powell III | Maria LaBella |
| Name of Counsel | Name of Counsel |
| | |
| *s/ Emanuel Powell III* | *s/ Maria LaBella* |
| Signature of Counsel | Signature of Counsel |
| | |
| 1099 New York Ave. NW<br>Suite 900<br>Washington, DC 20001<br>202-639-6000 | 1099 New York Ave. NW<br>Suite 900<br>Washington, DC 20001<br>202-639-6000 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| epowell@jenner.com | mlabella@jenner.com |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☒ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

Amici in the District Court:
- State of Wyoming
- Senator Cynthia M. Lummis, United States Senate Banking, Housing, and Urban Affairs Committee Member
- Members of the United States House of Representatives Financial Services Committee: Representative Warren E. Davidson, Representative Ted Budd, Representative Trey Hollingsworth, Representative William Timmons
- Senator Christopher Rothfuss, Co-Chair of Wyoming Select Committee on Blockchain, Financial Technology, and Digital Innovation Technology
- Representative Jared Olsen, Co-Chair of Wyoming Select Committee on Blockchain, Financial Technology and Digital Innovation Technology
- Former Senator Patrick J. Toomey
- Blockchain Association
- Payment System Scholars: Professor Gerald P. Dwyer (Clemson University), Professor Frank Emmert (Indiana University), Professor Tonya M. Evans (Penn State Dickinson Law), Professor Julie Andersen Hill (University of Alabama School of Law), Professor George Selgin (University of Georgia)
- Professor David Zaring (Wharton School of University of Pennsylvania)

Counsel in the District Court:
- For Custodia Bank:
    - Williams & Connolly: Sarah M. Harris, Ryan Thomas Scarborough, Ian Swenson, John K. Villa, Lauren Weinberger, Jamie Elizabeth Wolfe, Russell Meir Mendelson, Whitney D. Hermandorfer
    - Williams, Porter, Day & Neville: Scott E. Ortiz
- For Federal Reserve Board of Governors:
    - Board of Governors of the Federal Reserve System: Joshua Paul Chadwick, Katherine Pomeroy, Yonatan Gelglum, Yvonne Facchina Mizusawa
    - United States Attorneys Office: C Levi Martin
- For Federal Reserve Bank of Kansas City:

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

- - o King & Spalding: Andrew Z. Michaelson, Angela Tarasi, Christine Carletta, Emily Caroline Snell Freeman, Jared Michael Lax, Jeffrey Bucholtz, Joshua Nathaniel Mitchell, Laura Harris
    - o Hirst Applegate: Billie L M Addleman, Erin Elizabeth Berry
- For Amicus State of Wyoming:
    - o Wyoming Attorney General's Office: Bridget L. Hill, Devin Kenney, Karl D. Anderson
- For United States Senate Banking, Housing and Urban Affairs Committee Members:
    - o US Senate: Christoper Land
- For Wyoming Select Committee on Blockchain, Financial Technology, and Digital Innovation Technology Co-Chair Rothfuss:
    - o Davis Wright Tremaine: David Gossett, Stephen Gannon, Lisa Weingarten Richards
    - o Sterlington Law: Lisa Jerde Spillman
- For Patrick J. Toomey, Jr:
    - o Cravath Swaine & Moore: Benhamin Gruenstein, John Buretta
    - o Crowley Fleck PLLP: Darin Boyd Scheer
- For Blockchain Association and Payment System Scholars:
    - o Hathaway & Kunz: Tyler John Garrett
    - o Berger Montague PC: Matthew I. Summers
- For himself: Professor David Zaring (Wharton School)

☐   There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

June 26, 2024
Date

*s/ Emanuel Powell III*
Signature

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance
     [date]
Form to:

_____

at_____,

the last known address/email address, by _____.
                                           [state method of service]

June 26, 2024
Date

*s/ Emanuel Powell III*
Signature