UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert　　　　　　　　　　　　　　　　　　　　　　　　　　Jane K. Castro
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

June 27, 2024

Ian Heath Gershengorn
Michelle Kallen
Maria E. LaBella
Emanuel Powell
Laurel Loomis Rimon
Jenner & Block
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412


Scott E. Ortiz
Williams, Porter, Day & Neville
159 North Wolcott Street, Suite 400
P.O. Box 10700
Casper, WY 82601

Ryan Thomas Scarborough
Jamie Elizabeth Wolfe
Williams & Connolly
680 Maine Avenue SW
Washington, DC 20024

**RE:** **24-8024, Custodia Bank v. Federal Reserve Board of Governors, et al**
　　　Dist/Ag docket: 1:22-CV-00125-SWS

Dear Counsel:

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D) (note that all form requirements also apply to supplemental appendices). Specifically:

- The bookmarks contained in the appendix do not adequately identify the pleadings. *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D), and the 10th Circuit CM/ECF User's Manual at Section III G (page 19). Bookmarks should clearly identify the district court docket number, the pleading name, and the date of filing

in the district court (for example: 10 Response to Motion: 2/10/2013). **Volume 6, document 283. Volume 8, documents 233 and 236. Volume 10, documents 274, 277, and 296**.

You must file a proper appendix as required by the rules. Please file a corrected appendix within three days of the date of this notice. Do not file paper copies of your appendix and brief until the court has received the corrected electronic appendix and issued notice it is compliant.

The brief that was submitted with the appendix is acceptable for filing and will be filed upon receipt of the corrected appendix. However, if the corrections made to the appendix affect citations in the brief, a revised brief with corrected appendix citations will need to be submitted.

The time to file a response brief will run from the date of service of the appendix.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


CMW/jjh