FILED
United States Court of Appeals
Tenth Circuit

June 27, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

CUSTODIA BANK, INC.,

    Plaintiff - Appellant,

v.

FEDERAL RESERVE BOARD OF GOVERNORS, et al.,

    Defendants - Appellees.

No. 24-8024
(D.C. No. 1:22-CV-00125-SWS)
(D. Wyo.)

_____

**ORDER**
_____

This matter is before the court on Appellant Custiodia Bank, Inc's Unopposed Motion for Leave to File Joint Appendix Volumes VIII, IX, & X under Seal (the "Motion"). The appellant seeks leave of court to file three appendix volumes under seal on the ground that they contain the appellant's confidential business records and should not be publicly available. The district court allowed the parties to file these materials under restriction from public view, and the appellant attached a copy of the protective order entered by the court below. The appellant suggests that it can file publicly available redacted versions of the sealed appendix volumes. As noted in the title, the appellees do not oppose the relief requested.

Upon consideration, the Motion is provisionally granted, subject to reconsideration by the panel of judges that will later be assigned to consider this appeal

on the merits. Unless the court orders otherwise, Appendix Volumes VIII, IX and X will remain filed under seal.

The appellant shall file electronically publicly available redacted versions of Volumes VIII, IX and X by July 8, 2024. The appellant should not refile the first seven appendix volumes, only the three redacted volumes. The appellant need not transmit hard copies of the redacted appendix volumes; hard copies of the sealed versions alone are adequate.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Lara Smith
    Counsel to the Clerk