# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

Custodia Bank, Inc.

v.

Federal Reserve Board of Governors,
Federal Reserve Bank of Kansas City

Case No. 24-8024

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of  Blockchain Association
[Party Name(s)]

certifies[1] as follows:

☐  The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

☒  There is no information to disclose pursuant to Fed. R. App. P. 26.1.

July 3, 2024
Date

/s/ Donald B. Verrilli, Jr.
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

1

# CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Disclosure Statement
              [date]

_____
[name of party]

at_____,
[address]

the last known address/email address, by

_____.
[method of service]

July 3, 2024
Date

/s/ Donald B. Verrilli, Jr.
Signature