UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

Custodia Bank, Inc.

v.

Federal Reserve Board of Governors, Federal Reserve Bank of Kansas City

Case No. 24-8024

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Blockchain Association

[Party or Parties][1]

Amicus Curiae, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| Kathleen Foley | Donald B. Verrilli, Jr. |
| Name of Counsel | Name of Counsel |
| /s/ Kathleen Foley | /s/ Donald B. Verrilli, Jr. |
| Signature of Counsel | Signature of Counsel |
| 601 Massachusetts Avenue NW, Suite 500E, Washington, DC 20001 | 601 Massachusetts Avenue NW, Suite 500E, Washington, DC 20001 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| kathleen.foley@mto.com | donald.verrilli@mto.com |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

    direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

    disclosed to the court.

7/3/2024
Date

/s/ Donald B. Verrilli, Jr.
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ___7/3/2024___ I sent a copy of this Entry of Appearance
          [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                           [state method of service]

7/3/2024
_____
Date

/s/ Donald B. Verrilli, Jr.
_____
Signature