UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

CUSTODIA BANK, INC.

v.

FED. RSRV. BD. OF GOVERNORS, ET AL.

Case No. 24-8024

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Members of the U.S. Senate Banking Committee and U.S. House Financial Services Committee
_____
[Party or Parties][1]

_____

as amici curiae in support of appellant, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Christopher Land
_____           _____
Name of Counsel                                                    Name of Counsel

_____           _____
Signature of Counsel                                               Signature of Counsel

127A Russell Senate Office Building; (202) 224-3424
_____           _____
Mailing Address and Telephone Number                Mailing Address and Telephone Number

chris_land@lummis.senate.gov
_____           _____
E-Mail Address                                                     E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

    direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✔ There are no such parties/attorneys, or any such parties/attorneys have already been

    disclosed to the court.

July 3, 2024
Date

[signature]

Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

[✔] All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

[ ] On _____July 3, 2024_____ I sent a copy of this Entry of Appearance
         [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                              [state method of service]


July 3, 2024
_____
Date

*[signature]*
_____
Signature

3