# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

### ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Custodia Band, Inc.

v.

Federal Reserve Board, Et Al

Case No. 24-8024

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Wyoming Secretary of State, Chuck Gray
_____
[Party or Parties][1]

_____

as Amicus Curiae in support of Appellant
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Colin R. Crossman
_____        _____
Name of Counsel                         Name of Counsel

/s/colin crossman
_____        _____
Signature of Counsel                    Signature of Counsel

118 E 3rd Ave, Cheyenne WY 82001 307-207-3900
_____        _____
Mailing Address and Telephone Number    Mailing Address and Telephone Number

colin@crc32.com
_____        _____
E-Mail Address                          E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✔ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

07/03/2024
Date

/s/colin crossman
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

✔  All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On  07/03/2024  I sent a copy of this Entry of Appearance
           [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                                [state method of service]

07/03/2024
_____
Date

/s/colin crossman
_____
Signature