# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

| | |
|---|---|
| Custodia Bank, Inc.<br><br>v.<br><br>Federal Reserve Board of Governors et al. | Case No. 24-8024 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of   The Digital Chamber and Global Blockchain Business Council-USA
[Party Name(s)]

certifies[1] as follows:

☒   The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

The Digital Chamber does not have a parent corporation and no publicly held corporation owns more than ten percent of its stock.

Global Blockchain Business Council-USA's parent organization is Global Blockchain Business Council. Global Business Blockchain Council-USA has no other parent, and no publicly held corporation owns ten percent or more of its stock.

Consistent with Federal Rule of Appellate Procedure 26.1(d)(3) and Tenth Circuit Rule 26.1, this certification amends and supersedes the certification included in The Digital Chamber and Global Blockchain Business Council-USA's brief.  *See* Dkt.11102559 at i.

☐   There is no information to disclose pursuant to Fed. R. App. P. 26.1.

07/08/2024
Date

s/Paul D. Clement
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

**CERTIFICATE OF SERVICE**

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Disclosure Statement
      [date]

_____
[name of party]

at_____,
[address]

the last known address/email address, by

_____.
[method of service]

07/08/2024
Date

s/Paul D. Clement
Signature