UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

CUSTODIA BANK, INC.

v.

FEDERAL RESERVE BOARD OF GOVERNORS, FEDERAL RESERVE BANK OF KANSAS CITY

Case No. 24-8024

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Former Senator Patrick J. Toomey
_____
[Party or Parties][1]

_____

Amicus Curiae in support of neither party_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Brent R. Baker
_____    _____
Name of Counsel                     Name of Counsel

/s/ Brent R. Baker
_____    _____
Signature of Counsel                Signature of Counsel

60 E. South Temple, Suite 1200, Salt Lake City, UT 84111
_____    _____
Mailing Address and Telephone Number   Mailing Address and Telephone Number

bbaker@buchalter.com
_____    _____
E-Mail Address                      E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

July 11, 2024
_____
Date

/s/ Brent R. Baker
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑   All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On  July 11, 2024           I sent a copy of this Entry of Appearance
         [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                         [state method of service]


July 11, 2024
_____
Date

/s/ Brent R. Baker
_____
Signature