FILED
United States Court of Appeals
Tenth Circuit

August 28, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

CUSTODIA BANK, INC.,

    Plaintiff - Appellant,

v.

FEDERAL RESERVE BOARD OF GOVERNORS, et al.,

    Defendants - Appellees.

------------------------------

AMERICANS FOR PROSPERITY FOUNDATION-WYOMING, et al.,

    Amici Curiae.

No. 24-8024
(D.C. No. 1:22-CV-00125-SWS)
(D. Wyo.)

_____

**ORDER**

_____

This matter is before the court on the *Unopposed Joint Motion for Leave to File Supplemental Joint Appendix Volumes IV, V, and VI Under Seal by Appellees Federal Reserve Bank of Kansas City and Federal Reserve Board of Governors*. Appellees seek leave to file three supplemental appendix volumes under seal on the ground that they contain the confidential business records of the parties and should not be publicly available. The district court allowed the parties to file these materials under restriction from public view. Appellees state that they will file publicly available redacted versions of the sealed appendix volumes. The motion to seal is not opposed by Appellant.

Upon consideration, the motion to seal is provisionally granted, subject to reconsideration by the panel of judges that will later be assigned to consider this appeal on the merits. Appellees may file volumes IV, V, VI of the joint supplemental appendix under seal. Unless the court orders otherwise, the materials contained in these volumes will remain under seal. Appellees' brief(s) and the joint supplemental appendix (including sealed volumes IV, V, VI) remain due August 28, 2024.

Appellees also shall file electronically publicly available redacted versions of Volumes IV, V and VI by September 9, 2024. Appellees need not transmit hard copies of the redacted appendix volumes.

> Entered for the Court
> CHRISTOPHER M. WOLPERT, Clerk
>
> *Sunil N. Rao*
>
> By: Sunil N. Rao
>     Counsel to the Clerk