VOLUME IV of VI (S.J.A.552 – S.J.A.779)

No. 24-8024

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
————————

CUSTODIA BANK, INC.,

*Plaintiff-Appellant,*

v.

FEDERAL RESERVE BOARD OF GOVERNORS;
FEDERAL RESERVE BANK OF KANSAS CITY,

*Defendants-Appellees.*
————————

On Appeal from the United States District Court for the District of
Wyoming, No. 1:22-cv-00125-SWS, Hon. Scott W. Skavdahl
————————

**APPELLEES' SUPPLEMENTAL
JOINT APPENDIX**

**-- REDACTED --**
————————

Mark Van Der Weide
Richard M. Ashton
Joshua P. Chadwick
BOARD OF GOVERNORS
OF THE FEDERAL
RESERVE SYSTEM
20th Street &
Constitution Avenue NW
Washington, DC 20551
(202) 263-4835
joshua.p.chadwick@frb.gov

*Counsel for Defendant-Appellee
Board of Governors of the
Federal Reserve System*

Jeffrey S. Bucholtz
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
jbucholtz@kslaw.com

*Counsel for Defendant-Appellee
Federal Reserve Bank of Kansas
City*

August 30, 2024          *(Additional counsel listed on inside cover)*

Yvonne F. Mizusawa
Yonatan Gelblum
Katherine Pomeroy
BOARD OF GOVERNORS
OF THE FEDERAL
RESERVE SYSTEM
20th Street &
Constitution Avenue NW
Washington, DC 20551
(202) 263-4835

*Counsel for Defendant-Appellee Board of Governors of the Federal Reserve System*

Billie LM Addleman
Erin E. Berry
HIRST APPLEGATE, LLP
PO Box 1083
Cheyenne, WY 82003
(307) 632-0541

Andrew Z. Michaelson
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
(212) 556-2100

Christine M. Carletta
E. Caroline Freeman
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500

Jared Lax
KING & SPALDING LLP
1401 Lawrence Street
Suite 1900
Denver, CO 80202
(720) 535-2300

*Counsel for Defendant-Appellee Federal Reserve Bank of Kansas City*

# TABLE OF CONTENTS

**Page**

## Volume I of VI

ECF No. 160-1
Board of Governors Reply in Support of Its Motion to
Dismiss the Amended Complaint Ex. A – Julie Andersen
Hill, *Bank Access to Federal Reserve Accounts and Payment
Systems* (2022)...............................................................S.J.A.1

ECF No. 283-2
FRBKC Summary Judgment Ex. 2 – Expert Report of
Morgan Ricks (without exhibits) ...............................S.J.A.90

ECF No. 283-7
FRBKC Summary Judgment Ex. 9 – Federal Reserve Bank
of New York, Guidance for Federal Reserve Financial
Services Applicants That Are Deemed High Risk by the
Federal Reserve Bank of New York (Aug. 18, 2014) ..............S.J.A.111

ECF No. 283-8
FRBKC Summary Judgment Ex. 10 – Federal Reserve Bank
of New York, Accounts and Financial Services Handbook
(Feb. 25, 2020) ........................................................S.J.A.115

ECF No. 283-9
FRBKC Summary Judgment Ex. 11 – Email correspondence
from T. Humston regarding Call with K. Carroll – Avanti
(Nov. 11, 2020) .......................................................S.J.A.130

ECF No. 283-11
FRBKC Summary Judgment Ex. 13 – Redacted
Excerpts of Jeffrey Imgarten's October 24, 2023
Deposition Transcript ..............................................S.J.A.133

ECF No. 283-12
FRBKC Summary Judgment Ex. 14 – Excerpts of Tara
Humston's November 3, 2023 Deposition Transcript ............S.J.A.148

# TABLE OF CONTENTS

**Page**

## Volume II of VI

ECF No. 283-13
    FRBKC Summary Judgment Ex. 16 – Redacted Excerpts
    of Judith Hazen's 30(b)(6) November 16, 2023 Deposition
    Transcript ..................................................................... S.J.A.182

ECF No. 283-14
    FRBKC Summary Judgment Ex. 17 – Master Account Data
    as of November 2023 ................................................... S.J.A.216

ECF No. 283-17
    FRBKC Summary Judgment Ex. 20 – Email correspondence
    from K. Moore regarding Wyoming Talking Points
    (Dec. 5, 2018) ............................................................... S.J.A.221

ECF No. 283-18
    FRBKC Summary Judgment Ex. 21 – Wyoming
    Cryptocurrency Bill Talking Points
    (Dec. 3, 2018) ............................................................... S.J.A.224

ECF No. 283-19
    FRBKC Summary Judgment Ex. 23 – Excerpts of Esther
    George's November 9, 2023 Deposition Transcript ............... S.J.A.229

ECF No. 283-20
    FRBKC Summary Judgment Ex. 26 – C. Long's handwritten
    notes ............................................................................. S.J.A.327

## Volume III of VI

ECF No. 283-28
    FRBKC Summary Judgment Ex. 39 – Email correspondence
    from T. Humston regarding Call with K. Carroll – Avanti
    (Nov. 12, 2020) ............................................................. S.J.A.382

## TABLE OF CONTENTS

**Page**

ECF No. 283-30
FRBKC Summary Judgment Ex. 41 – FRBKC letter
regarding Legal Eligibility / Avanti Financial Group, Inc.
(Jan. 27, 2022) ........................................................................ S.J.A.386

ECF No. 283-31
FRBKC Summary Judgment Ex. 42 – FRBKC letter to
Wyoming Attorney General (Jan. 7, 2022) ............................. S.J.A.388

ECF No. 283-35
FRBKC Summary Judgment Ex. 48 – Email correspondence
from S. Webber regarding Risk Assessment #2
(Feb. 1, 2021) ......................................................................... S.J.A.391

ECF No. 283-36
FRBKC Summary Judgment Ex. 51 – Email correspondence
from R. Triano regarding SPDI Work (Oct. 14, 2021) ............ S.J.A.394

ECF No. 283-37
FRBKC Summary Judgment Ex. 53 – Excerpts of Judith
Hazen's October 16, 2023 Deposition Transcript ................... S.J.A.397

ECF No. 283-39
FRBKC Summary Judgment Ex. 56 – Notes on Meeting with
Custodia Management to Provide Feedback on FRBKC's
2021 Review ............................................................................ S.J.A.440

ECF No. 283-42
FRBKC Summary Judgment Ex. 59 – FRBKC Letter to C.
Long (Jan. 27, 2023) .............................................................. S.J.A.452

ECF No. 283-44
FRBKC Summary Judgment Ex. 61 – Memorandum
regarding Custodia Bank, Inc. (fka Avanti Bank & Trust)
Master Account Recommendation (Jan. 19, 2023) ................. S.J.A.460

## TABLE OF CONTENTS

**Page**

ECF No. 283-46
    FRBKC Summary Judgment Ex. 63 – Email correspondence
from M. Malloy regarding Draft Recommendation Memo
(Jan. 10, 2023) .........................................................................S.J.A.471

ECF No. 283-47
    FRBKC Summary Judgment Ex. 64 – Draft Memorandum
regarding Custodia Bank, Inc. (fka Avanti Bank & Trust)
Master Account Recommendation..........................................S.J.A.473

ECF No. 283-48
    FRBKC Summary Judgment Ex. 65 – Email correspondence
from J. Hinkle regarding Draft Recommendation Memo
(Jan. 9, 2023) ...........................................................................S.J.A.483

ECF No. 283-49
    FRBKC Summary Judgment Ex. 66 – Redlined Draft
Memorandum Document regarding Custodia Bank, Inc.
(fka Avanti Bank & Trust) Master Account
Recommendation....................................................................S.J.A.486

ECF No. 283-50
    FRBKC Summary Judgment Ex. 67 – Excerpts of Jenifer
Haake's October 26, 2023 Deposition Transcript ...................S.J.A.496

ECF No. 283-51
    FRBKC Summary Judgment Ex. 68 – Redacted
Excerpts of Andrea Mullins's December 7, 2023
Deposition Transcript .............................................................S.J.A.504

ECF No. 283-52
    FRBKC Summary Judgment Ex. 69 – Excerpts of Jackie
Nugent's November 15, 2023 Deposition Transcript .............S.J.A.518

# TABLE OF CONTENTS

**Page**

ECF No. 283-53
  FRBKC Summary Judgment Ex. 70 – Email correspondence
  from C. Long regarding Just Spoke with Jackie Nugent
  (Mar. 6, 2021) .......................................................................... S.J.A.529

ECF No. 283-54
  FRBKC Summary Judgment Ex. 71 – Email correspondence
  from D. Bush regarding Avanti – Special Purpose Depository
  Institution – Wishes to Schedule a Meeting with Board Staff
  (Apr. 27, 2021).......................................................................... S.J.A.534

ECF No. 283-55
  FRBKC Summary Judgment Ex. 72 – FRBKC and Custodia
  Meeting Notes (Mar. 24, 2022)................................................. S.J.A.539

ECF No. 283-60
  FRBKC Summary Judgment Ex. 77 – Email correspondence
  from J. Hazen regarding Draft Recommendation Memo
  (Jan. 6, 2023)............................................................................ S.J.A.544

ECF No. 283-62
  FRBKC Summary Judgment Ex. 79 – Email correspondence
  from M. Eichner regarding Custodia Response: S-letter –
  2667 with no concerns identified (Jan. 26, 2023) ................... S.J.A.546

ECF No. 283-63
  FRBKC Summary Judgment Ex. 81 – Letter regarding
  Application by Avanti Financial Group, Inc. (d/b/a/ Avanti
  Bank & Trust) for Federal Reserve Membership
  (Aug. 5, 2021) .......................................................................... S.J.A.548

## Volume IV of VI - REDACTED

Redacted ECF No. 274-15
  FRBKC Summary Judgment Ex. 15 – Credit & Risk
  Management PSR Unit Procedures Manual
  (effective June 2019) ............................................................... S.J.A.552

## TABLE OF CONTENTS

**Page**

Redacted ECF No. 274-22
  FRBKC Summary Judgment Ex. 22 – Avanti Financial
  Group Business Plan (Aug. 4, 2021) ......................................S.J.A.569

Redacted ECF No. 274-24
  FRBKC Summary Judgment Ex. 24 – Avanti Financial
  Group Presentation (May 2021)...............................................S.J.A.670

Redacted ECF No. 274-27
  FRBKC Summary Judgment Ex. 27 – Pre-Membership
  Examination Summary Conclusions (Nov. 2, 2022)...............S.J.A.693

Redacted ECF No. 274-33
  FRBKC Summary Judgment Ex. 33 – Avanti Financial
  Group's Application to Open and Maintain a Master Account
  (Oct. 29, 2020) ........................................................................S.J.A.713

[Sealed ECF No. 274-35]; Redacted ECF No. 283-25
  FRBKC Summary Judgment Ex. 35 – Excerpts of Ross
  Crouch's October 25, 2023 Deposition Transcript.................S.J.A.743

### Volume V of VI - REDACTED

Redacted ECF No. 274-36
  FRBKC Summary Judgment Ex. 36 – Minutes and
  materials for a Custodia Board of Directors meeting
  (May 11, 2022).........................................................................S.J.A.780

Redacted ECF No. 274-46
  FRBKC Summary Judgment Ex. 46 – Memorandum
  regarding Avanti application....................................................S.J.A.863

Redacted ECF No. 274-47
  FRBKC Summary Judgment Ex. 47 – Application Review –
  Avanti (Oct. 14, 2020) ............................................................S.J.A.866

## TABLE OF CONTENTS

**Page**

Redacted ECF No. 274-49
 FRBKC Summary Judgment Ex. 49 – Draft Document of
 Principles Covering Access to Accounts..................................S.J.A.880

Redacted ECF No. 274-50
 FRBKC Summary Judgment Ex. 50 – Draft Document of
 Principles Covering Access to Accounts..................................S.J.A.906

Redacted ECF No. 274-52
 FRBKC Summary Judgment Ex. 52 – Memorandum
 regarding Update on Avanti Bank & Trust, Cheyenne, WY
 (Avanti) (Jan. 13, 2022) ..........................................................S.J.A.932

Redacted ECF No. 274-55
 FRBKC Summary Judgment Ex. 55 – Memorandum
 regarding 2022 Pre-Membership Examination Scope ...........S.J.A.941

### Volume VI of VI - REDACTED

[Sealed ECF No. 277-1]; Redacted ECF No. 283-10
 FRBKC Summary Judgment Ex. 12 – Excerpts of Christi
 May-Oder's October 19, 2023 Deposition Transcript .............S.J.A.966

[Sealed ECF No. 277-4]; Redacted ECF No. 283-15
 FRBKC Summary Judgment Ex. 18 – Excerpts of Caitlin
 Long's November 29, 2023 Deposition Transcript ...............S.J.A.1015

### Redacted Administrative Record Documents

FRB-AR-000068 – FRB Order No. 2023-02, Denying Custodia
 Bank, Inc. Application for Membership (Jan. 27, 2023) ......S.J.A.1109

FRB-AR-001204 – FRBKC Letter from J. Imgarten to
 C. Long (Oct. 21, 2022) ..........................................................S.J.A.1195

FRB-AR-001400 – FRBKC Letter from J. Imgarten to D. Bush
 (Oct. 7, 2022) ..........................................................................S.J.A.1202

## CERTIFICATE OF DIGITAL SUBMISSION
## AND PRIVACY REDACTIONS

Under the court's CM/ECF User's Manual, I certify that:

1) all required privacy redactions have been made per 10th Cir. R. 25.5;

2) hard copies of this appendix that may have to be submitted are exact copies of the ECF filing; and

3) the ECF submission has been scanned for viruses with the most recent version of a commercial virus scanning program, Microsoft Defender and, according to the program, is free of viruses.

Date: August 30, 2024

/s/ *Jeffrey S. Bucholtz*
Jeffrey S. Bucholtz

*Counsel for Federal Reserve*
*Bank of Kansas City*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, a copy of the foregoing was filed with the Court through the ECF system, which provides electronic service of the filing to all counsel of record who have registered for ECF notification in this matter.

*/s/ Jeffrey S. Bucholtz*
Jeffrey S. Bucholtz

*Counsel for Federal Reserve*
*Bank of Kansas City*

**Redacted ECF No. 274-15**
**FRBKC Summary Judgment Ex. 15**
**Credit & Risk Management PSR Unit Procedures**
**Manual (effective June 2019)**

## PROVISIONALLY FILED UNDER SEAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

S.J.A.553

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

## PROVISIONALLY FILED UNDER SEAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

## PROVISIONALLY FILED UNDER SEAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

## PROVISIONALLY FILED UNDER SEAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**Redacted ECF No. 274-22**
**FRBKC Summary Judgment Ex. 22 – Avanti Financial**
**Group Business Plan (Aug. 4, 2021)**

## PROVISIONALLY FILED UNDER SEAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**S.J.A.569**

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

## PROVISIONALLY FILED UNDER SEAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

## PROVISIONALLY FILED UNDER SEAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**S.J.A.604**

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**S.J.A.615**

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**S.J.A.624**

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**S.J.A.635**

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**S.J.A.657**

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**Redacted ECF No. 274-24**
**FRBKC Summary Judgment Ex. 24 – Avanti Financial**
**Group Presentation (May 2021)**

### PROVISIONALLY FILED UNDER SEAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**S.J.A.670**

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

## PROVISIONALLY FILED UNDER SEAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**Redacted ECF No. 274-27**
**FRBKC Summary Judgment Ex. 27 – Pre-Membership**
**Examination Summary Conclusions (Nov. 2, 2022)**

### PROVISIONALLY FILED UNDER SEAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**S.J.A.693**

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**S.J.A.701**

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

## PROVISIONALLY FILED UNDER SEAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

## PROVISIONALLY FILED UNDER SEAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**Redacted ECF No. 274-33**
**FRBKC Summary Judgment Ex. 33 –**
**Avanti Financial Group's Application to Open and**
**Maintain a Master Account (Oct. 29, 2020)**

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

**PROVISIONALLY FILED UNDER SEAL**

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

# EXHIBIT 35

CONFIDENTIAL

In accordance with a protective order, the enclosure(s) shall be treated as confidential and shall not be shown to any person other than those persons designated in paragraph 8.2 of the paragraph order.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

1          IN THE UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF WYOMING

2

3

4      CUSTODIA BANK, INC.,          )
                                     )
5                  Plaintiff,        )
                                     )
6      v.                            )
                                     ) 1:22-cv-00125-SWS
7      FEDERAL RESERVE BOARD         )
       OF GOVERNORS AND              )
8      FEDERAL RESERVE BANK OF       )
       KANSAS CITY,                  )
9                                    )
                   Defendants.       )
10                                   )

11

12

13

14              * DESIGNATED CONFIDENTIAL *

15           * SUBJECT TO A PROTECTIVE ORDER *

16

17

18              DEPOSITION OF ROSS CROUCH, a Witness,

19      taken on behalf of the Plaintiff before Peggy E.

20      Corbett, CSR, CCR, RDR, pursuant to Notice on the

21      25th day of October, 2023, at the offices of the

22      Federal Reserve Bank of Kansas City, 1 Memorial

23      Drive, Kansas City, Missouri 64198.

24

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 6

1    until I finish my question, and your counsel may

2    still have an objection, and wait until that

3    happens and then answer.

4            And also I'll try not to interrupt you

5    as you're answering my question, okay?

6        A.    Okay.

7        Q.    And we also plan to take a break about

8    every hour, but if you need to take a break

9    earlier than that for any reason, we're happy to,

10   as long as if there's a pending question, answer

11   that, and then ask to take a break, okay?

12       A.    Okay.

13       Q.    So I just want to start with your

14   personal background.  Where are you from?

15       A.    I live in Kansas City.  I'm from

16   St. Joseph, Missouri.

17       Q.    Okay.  And what is your educational

18   background?

19       A.    I have a Bachelor's degree from

20   Northwest Missouri State University in finance

21   and accounting.

22       Q.    Okay.  Did you go to graduate school at

23   all?

24       A.    I did not.  I also have a CPA license,

25   too, but I did not go to graduate school.

S.J.A.745

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 7

1        Q.   Okay.  And when did you graduate from

2    college?

3        A.   2006.

4        Q.   And what has your work history been

5    since 2006?

6        A.   I was hired at the Federal Reserve as a

7    bank examiner, assistant bank examiner straight

8    out of college, and I've worked here for 18 years

9    or close to 18 years.

10       Q.   In Kansas City the entire time?

11       A.   Yeah, in Kansas City.

12       Q.   And how has your role changed over the

13   course of your time here at the Kansas City

14   Federal Reserve?

15       A.   So I started as an assistant bank

16   examiner and then there's a commissioning process

17   to become a commissioned bank examiner, so over

18   the course of four years after I graduated from

19   college I went through this training and

20   commissioning process to become a commissioned

21   bank examiner.  And in that role, both assistant

22   and as a commissioned examiner, I've reviewed

23   safety and safety and soundness of banks that we

24   supervise.  I examine banks.

25       Q.   So what is your current title?

S.J.A.746

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 8

1        A.    Lead examiner.

2        Q.    So does that mean that you're leading a

3    large team of more junior examiners?

4        A.    So for a given exam, yeah, I may be -- I

5    most often am in a leadership role where I will

6    lead a team of examiners.  They are not all

7    necessarily junior examiners, and a lot of them

8    are peers.

9        Q.    And how would you describe what a bank

10   examiner does?

11       A.    So we examine the safety and soundness

12   of banks and holding companies that we supervise,

13   so the financial condition, risk management

14   practices, that's generally.

15       Q.    So are you examining things that are

16   applying to become members or for master accounts

17   or for banks that already have those things and

18   you examine them on an on-going basis?

19       A.    So primarily we examine banks that we

20   supervise, so those would be State-member Federal

21   Reserve member banks that don't have an

22   application.

23            Now but we also, and I'm involved in

24   that, too, if a bank applies for Fed membership,

25   we do either a -- it can be called a risk review

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 9

 1    or a pre-membership exam, but we also would

 2    review the safety and soundness of the bank as a

 3    pre-membership exam, and then that would -- that

 4    information would ultimately inform or help the

 5    applications examiners kind of make a decision on

 6    a membership application.

 7         Q.   Do you also review banks that are

 8    applying for master accounts?

 9         A.   Traditionally in examinations and

10    inspections, my role is not to review banks that

11    are applying for master accounts.

12         Q.   And why is that?  Does someone else do

13    that?

14         A.   Yeah, there's a different department,

15    credit risk reserves management, or CRRM, I might

16    refer to them as that, they do the analysis for

17    making a determination for a master account

18    request.

19         Q.   Okay.

20         A.   And that's a separate process from a

21    membership application.

22         Q.   Does that department also have bank

23    examiners?

24         A.   They have -- yeah, they do have some

25    people that have gone through the commissioned --

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 39

1        A.    Yes, Albert Forkner.

2        Q.    And what was the scope of those

3     conversations that you had with him?

4        A.    We had an initial conversation to just

5     clarify questions that we had about the SPDI

6     charter, and then we might have asked for some

7     updates on Avanti at the time, kind of where

8     things were there.  We had an initial discussion

9     with the intention to have more, and we just had

10    the first discussion there in that initial 2020

11    review.

12           We met once with, I was involved in one

13    other meeting with Jeremiah in 2022.  That would

14    have been prior to the pre-membership exam.

15       Q.    So why were you meeting with Albert

16    Forkner?  You said before you did the

17    pre-membership exam?

18       A.    That was when he was still a

19    commissioner, and that was in the end of -- it

20    was at the very end of 2021 or early 2022.

21       Q.    And what prompted that meeting?  Was

22    it -- were you doing a pre-membership exam or

23    what prompted the meeting?

24       A.    So at the end of 2021 we were doing a

25    risk review, and trying to get updates on, you

**S.J.A.749**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 40

1    know, looking at materials that both Custodia

2    provided, additional materials -- or Avanti at

3    the time provided additional materials that we

4    requested to make a determination of kind of next

5    steps on how to examine the bank or Custodia.

6        Q.    So what's the difference between a risk

7    review and a pre-membership review?

8        A.    I'm probably using those words.  So

9    there's a pre-membership exam.  The nature of

10   those reviews that we did the end of 2021, and

11   the one we did in 2022 was different, but I'm

12   probably using those terms somewhat

13   interchangeably here.

14       Q.    How were those reviews in 2021 different

15   in your view with regard to Custodia?

16       A.    So in 2021 Custodia was -- you know, we

17   had a business plan, we had some policies and we

18   had some capital.  They were very early in the

19   processing.

20            So that first review that Rob led and

21   that I -- Rob Triano led, and that I assisted

22   with, had, the output of that review probably had

23   a little more risk review, summary results that

24   were intended to help CRM with their analysis.

25            So there was consideration given to some

S.J.A.750

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 41

```
 1      of the draft principles.  The 2022 review, at

 2      that time we had with an examiner that was

 3      assigned as kind of a liaison for CRM to help

 4      interpret, her name is Andrea Mullins, to help

 5      interpret the examination results for CRM's

 6      analysis for the master account.

 7                So that exam, the one that was connected

 8      in 2022, the thinking was Custodia is more

 9      mature, they asked for the pre-membership exam,

10      so we went in and conducted that with more of a

11      view of:  "This is going to inform the membership

12      request, with the understanding that the results

13      would also be interpreted by Andrea and used for

14      CRM's analysis for the master account, so that's

15      how they do differ.

16           Q.   So let's start with the 2021 risk review

17      that you did.  Do you recall when you conducted

18      that?

19           A.   It would have been primarily in

20      December, I think.  It went into January.

21           Q.   And you said that that was -- was that

22      primarily for CRM to assess Custodia's master

23      account application?

24           A.   It was both, but it had more of that --

25      the output of that was intended to help CRM think
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 42

```
 1     through the master account, but it was also, the
 2     membership -- there was a membership application
 3     in place, and Examinations and Inspections is a
 4     separate department.  We were thinking through,
 5     using that risk review to think through what are
 6     the next things we need to look at in order to
 7     make sure that we have an effective
 8     pre-membership exam for purposes of kind of
 9     informing the membership application.
10         Q.   And had you ever done a risk review
11     where the primary purpose was for CRM to assess
12     the master account before this one --
13               MS. CARLETTA:  Objection, form.
14         Q.   (BY MS. WEINBERGER) -- you did for
15     Custodia?
16         A.   So Rob Triano led this.  It really
17     wasn't intended to inform both.  The output for
18     a -- to help inform the master account was
19     somewhat unique because Custodia was unique in --
20     their risk profile was unique and this approach
21     was taken because Avanti at the time was
22     immature.  It was a business plan.  It was
23     capital, some draft policies, and, you know, not
24     near mature enough to open, which influenced how
25     the output would look.
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 43

1      Q.    So for this exam that you did in late

2    2021, early 2022, did you have any communication

3    with Board staff in regard to that exam?

4      A.    No, I had none.

5      Q.    Are you aware of anyone having

6    communication with Board staff?

7      A.    I'm not aware.

8      Q.    And do you recall your conclusions from

9    that exam as to whether you thought it was likely

10   Custodia might be granted a master account?

11            MS. CARLETTA:   Objection, form.

12     A.    So I don't conduct the master account

13   analysis, so the conclusions that we drew from

14   that exam were, "What do we need to do next from

15   an exam standpoint?"

16            There were no recommendations either for

17   or against a master account made or membership

18   made as a result of that review from either I or

19   other examiners.

20     Q.    (BY MS. WEINBERGER)  And as a result of

21   this risk review that you did in late 2021, early

22   2022 do you recall your assessment of whether the

23   risks you identified in Custodia could be

24   addressed by Custodia?

25     A.    So this would be the risk review in

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 44

1    2021?

2        Q.    Right.

3        A.    The focus of that review was pretty

4    narrow, because of what there was to review at

5    the time, so there weren't a lot of issues to

6    identify because there just wasn't a lot to

7    review, so I am not sure I can answer that either

8    way.

9        Q.    Do you recall an impression or feeling

10   at that time that the risks that you were

11   identifying could be addressed by Custodia, if

12   you continued to work with Custodia?

13            MS. CARLETTA:   Objection, form.

14       A.    So again, the 2021/2022 review, there

15   just wasn't enough to review at that time to make

16   an assessment on what risks still needed to be --

17   there was so much that needed to be addressed

18   that it was -- it would have been premature to

19   have conclusions that could have gone either, you

20   know, been stuff that we would have known, and

21   that could have been addressed by Custodia, or

22   not, at that 2021/2022 period.

23       Q.    (BY MS. WEINBERGER)  Do you recall any

24   red flags during that early review that, you

25   know, made you pause or think that you weren't --

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 45

```
 1      you know, that the bank wasn't going to -- it was

 2      going to either deny the master account

 3      application, or this was just going to be too

 4      risky to go forward?

 5                  MS. CARLETTA:  Objection, form.

 6           A.   Based on my review, do I recall any red

 7      flags?

 8           Q.   (BY MS. WEINBERGER)  At that time in

 9      December of 2021.

10           A.   I don't recall either way.

11           Q.   Okay.  So you do not recall any red

12      flags that arose out of the December of 2021,

13      January 2022 review that you did?

14                  MS. CARLETTA:  Objection, misstates

15      testimony.

16           A.   So any red flags related to --

17           Q.   (BY MS. WEINBERGER)  The risks posed by

18      Custodia.

19           A.   I mean we had items that we communicated

20      to Custodia as feedback, as a result of their

21      review.  Again, they weren't mature enough to do

22      a full assessment as to whether or not a

23      determination relative to what kind of

24      deficiencies might exist at that time that can or

25      cannot be corrected.  It was too premature to
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 46

```
 1    know that.
 2        Q.    So it was too premature to identify any
 3    red flags?
 4                MS. CARLETTA:  Objection, form.
 5        A.    Well, "any," I don't know if that's the
 6    word choice that I would use, but to clearly
 7    identify the types of red flags that we -- it was
 8    too early.
 9        Q.    (BY MS. WEINBERGER)  And in that time
10    you thought it was possible that the items you
11    identified for Custodia could be addressed by
12    Custodia?
13                MS. CARLETTA:  Objection, form.
14        A.    I can't recall what all feedback was
15    given as a result of that January review.  I
16    don't know.
17        Q.    (BY MS. WEINBERGER)  So as you sit here
18    today you do not recall any feedback that you
19    gave in January of 2022, that was something that
20    was not addressable by Custodia?
21                MS. CARLETTA:  Objection to form.
22        A.    I mean the feedback we did provide was
23    later, was in April or May, so it was later.
24        Q.    (BY MS. WEINBERGER)  Okay.
25        A.    But that feedback was heavy caveated
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 47

```
 1    with:  This review is limited in scope, because

 2    of where Custodia is.

 3              So whether or not they can address the

 4    feedback we provided isn't relevant, because

 5    the -- it was too premature.  The organization

 6    wasn't developed enough at that time to

 7    accurately identify all the risks it might pose.

 8        Q.   So regardless of whether you think it is

 9    relevant or not, I just want to be clear on the

10    question.  The feedback that you provided it

11    sounds like in May of 2022, you do not recall

12    providing anything that at that time you thought

13    was not addressable by Custodia?

14              MS. CARLETTA:  Object to form.

15        A.   Again, the feedback was heavily caveated

16    by the limitations and the scope of what we could

17    look at.

18        Q.   (BY MS. WEINBERGER)  But given the

19    limited scope, you today do not recall anything

20    that you provided feedback on that you, at that

21    time you recall feeling like this is not

22    addressable by Custodia?

23              MS. CARLETTA:  Objection, asked and

24    answered.  You can answer.

25        Q.   (BY MS. WEINBERGER)  You can answer.
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 48

1        A.    All right.  Sorry, again, that was

2     heavily caveated feedback.  I don't know if

3     that's a word.  The feedback was qualified.

4              I would be uncomfortable answering that

5     question or responding affirmatively to that,

6     because the limitations in what was available to

7     review at that time.

8        Q.    Okay.

9        A.    So the organization at that time was a

10    business plan with some draft policies and

11    capital and part of a management team, but there

12    wasn't a lot to examine.

13       Q.    So with the caveat that you identified,

14    which was that it was a limited exam, you do not

15    recall, though, at that time, given the

16    information that you knew, that there was any

17    particular thing that stood out in your mind that

18    you felt was not addressable by Custodia?

19              MS. CARLETTA:  Objection, form.

20       A.    Given the limitations of the available

21    materials to examine and where they were, there

22    was limited things to review.  Because there were

23    limited things to review, there wasn't a lot of

24    meaningful feedback that could be provided at

25    that time --

S.J.A.758

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 49

```
 1          Q.   (BY MS. WEINBERGER)  Okay.
 2          A.   -- whether or not it's addressable or
 3     not.
 4          Q.   Okay.  But in the limited feedback that
 5     you were able to provide, given the limited
 6     information that you had, at that time you did
 7     not have a feeling that something specific was
 8     not addressable by Custodia?
 9               MS. CARLETTA:  Objection to form.
10          A.   Again, the review was limited based on
11     the materials that were provided that were
12     limited.  One of the feedback items we did
13     provide was that Custodia didn't have a lot of
14     depth and expertise in banking, so that's across
15     the board, across senior management, and
16     management, and that feedback was provided.
17               So I guess depending on how I interpret
18     that question, that's an unknown on how that
19     could be addressed with the staff and the Board
20     at the bank.
21          Q.   (BY MS. WEINBERGER)  So in your view
22     that issue could have been addressed, if they
23     addressed their staffing?
24               MS. CARLETTA:  Objection, form.
25          A.   No.  I'm saying, I guess it's with the
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 72

1      Again, that was something that I believe Rob
2      Triano shared with me.
3          Q.   Okay.  And can you help me a little more
4      with what date you think that might have been?
5          A.   That would have been about the time of
6      the first reviews.  I probably saw that towards
7      the end of 2021.
8          Q.   And do you remember seeing in those
9      materials anything about when the Federal Reserve
10     Board should be consulted in the consideration of
11     a master account membership application?
12         A.   We don't consult the Board for master
13     account requests, so I did not see that anywhere.
14         Q.   So does that mean when there's a master
15     account request there should be, under normal
16     procedure, no communication with the Board?
17              MS. CARLETTA:  Objection to form.
18         A.   I guess "no communication with the
19     Board" I'm confused by.
20         Q.   (BY MS. WEINBERGER)  In the ordinary
21     course, your understanding is there would be no
22     communication between the Kansas City Fed staff
23     and Board staff about a master account
24     application review?
25              MS. CARLETTA:  Objection, form.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 73

1      A.   I'm not involved in the master account

2  request process.  I don't know to what extent

3  there would even need to be communication.  I

4  know the decision is made locally.

5           (Exhibit 118 was marked by the

6  reporter for identification.)

7      Q.   (BY MS. WEINBERGER)  I'm going to show

8  you what I'm marking as Exhibit 118, which for

9  the record is FRBKC-0004916.

10           MS. CARLETTA:  I'm sorry, what

11  Exhibit Number are we on?

12           MS. WEINBERGER:  118?

13           MS. CARLETTA:  Thanks.

14      Q.   (BY MS. WEINBERGER)  So this looks like

15  a conversation between yourself and Rob Triano

16  dated December 8th, 2021; is that correct?

17      A.   Yes.

18      Q.   So the first sentence, the first message

19  you said, "Hey, Rob, I'm drafting a response to

20  Allan from the Board."  Who is Allan from the

21  Board?

22      A.   His name is Allan -- it's Purod -- he's

23  in Board accounting policy, so he's not involved

24  in Board M&A.  Any time I would talk to him, he

25  understood crypto accounting, so I would -- he'd

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 74

1     be someone I could contact for accounting

2     questions.

3          Q.   What did you say his last name was?

4          A.   I'm going to butcher it, it starts with

5     a P.  It's Purod or -- he's left the Board.  He

6     was a Board Accounting Fellow from one of the Big

7     4 accounting firms.

8          Q.   Is there any chance you could spell it

9     for the record?

10         A.   No, I would butcher it.

11         Q.   And when you say Board Accounting

12    Fellow, does that mean the Federal Reserve Board?

13         A.   Yes.  The Federal Reserve Board has an

14    Accounting Policy Department that they just

15    essentially answer accounting questions, and they

16    deal more with FASBI.

17              I think this is about the time that SAB

18    121 came out, which was an accounting

19    pronouncement related to crypto custody.

20         Q.   So how often would you reach out to the

21    Board accounting policy with questions?

22         A.   With questions?  Oh, I'm an accounting

23    contact for Kansas City, and I'm a system expert

24    for certain accounting issues, so I work

25    hand-in-hand with Board accounting policy all the

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 130

```
 1        A.   Yeah, they should have.
 2        Q.   And then that would have included a
 3   discussion of conversations with -- a
 4   communication with the Board?
 5             MS. CARLETTA:  Objection to form.
 6        A.   For membership requests, the Board
 7   should be looped in.
 8        Q.   (BY MS. WEINBERGER)  So they didn't
 9   contemplate any conversations or communication
10   with the Board as to a master account?
11             MS. CARLETTA:  Objection, form.
12        A.   It shouldn't, it shouldn't have.
13        Q.   (BY MS. WEINBERGER)  It shouldn't have
14   because the Board is not supposed to be involved
15   in master account decisions?
16             MS. CARLETTA:  Objection, form.
17        A.   Yeah, that's my understanding.
18        Q.   (BY MS. WEINBERGER)  Your understanding
19   is the Board is supposed to have no involvement
20   in a master account decision?
21             MS. CARLETTA:  Objection, form.
22        A.   I am not an expert in this area, but
23   that's, again, my understanding.
24        Q.   (BY MS. WEINBERGER)  Okay, and then the
25   last thing on this document, if we move on, it's
```

**S.J.A.763**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 131

1    right above where Lacey Peters says, "It's a

2    special case," you say, "I think that is

3    especially important to consider for firms that

4    have just now applied for MA --" is that a master

5    account?

6        A.   Yes.

7        Q.   "-- and have been waiting 2-plus years."

8    So what is your understanding of how long it

9    usually takes to process a master account

10   application?

11       A.   I think the routine requests are pretty

12   quick.  I don't know what the timing is supposed

13   to be, but it's not two years.

14       Q.   A matter of weeks or a matter of months?

15       A.   That, I don't know.

16       Q.   So was it unusual that Custodia's master

17   account request was pending 4 years?

18       A.   It's an unusual case, because again, I

19   am not a -- I do not work in CRM, but banks

20   typically request a master account, from what

21   I've observed, when they are ready to open.

22           So those requests a lot of times are the

23   last thing that they do and get processed before

24   they open.

25           Custodia, or Avanti at the time,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 132

1      requested the master account well in advance of

2      when they were ready to open, from my

3      perspective.  It was premature when they

4      requested it.

5          Q.   I'm going to show you what was

6      previously marked as Exhibit 19.  Let me see if I

7      can find it, and for the record this is a

8      document Bates-stamped FRBKC-11941.

9                   MR. LAX:   Lauren, you said this

10     was previously an Exhibit --

11                  MS. WEINBERGER:   19.

12         Q.   (BY MS. WEINBERGER)  So I want to point

13     your attention to the bottom e-mail on the first

14     page.  Do you see that that's an e-mail from

15     Judith Hazen on October 27th, 2022 to a group of

16     people that included yourself?

17         A.   Yes.

18         Q.   And the subject line was Custodia/VC

19     Barr; is that correct?

20         A.   Yes.

21         Q.   And then I'm going to read the first two

22     sentences there, "Jeff and I are attending the

23     MAMG meeting in DC this week."  Do you know what

24     MAMG is?

25         A.   I have no idea.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 133

1        Q.    And then it says, "In passing we learned
2     that Board staff will be briefing V.C. Barr this
3     afternoon, and that Custodia is expected to
4     figure prominently into the discussion."  Did I
5     read that correctly?
6        A.    Yes.
7        Q.    Who is V.C. Barr?
8        A.    Vice Chair Barr at the Board.
9        Q.    At the Board of Governors?
10       A.    Yeah.
11       Q.    And did you learn any information about
12    this briefing of V.C. Barr?
13       A.    From this e-mail, I don't know.
14       Q.    Do you have any personal recollection
15    about anything that happened from that e-mail?
16       A.    I don't, looking at this e-mail.  I
17    don't know what this relates to.
18       Q.    So let's back up.  I assume that you
19    have a personal recollection of certain events
20    regarding Custodia, beyond the documents that I
21    show you during this deposition; is that correct?
22            MS. CARLETTA:  Objection, form.
23       A.    Yeah.
24       Q.    (BY MS. WEINBERGER)  So in your personal
25    recollection do you recall any conversation or

S.J.A.766

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 277

1    "info" or "into gap."  I'm guessing that's

2    "information gap, each phase learn, feel like we

3    need to know to assess risks, not too

4    definitive."

5        Q.   Okay.  So does that mean you had just

6    finished your initial risk review and your

7    conclusions were you still had some more to learn

8    but you didn't have any definitive conclusions

9    yet?

10            MS. CARLETTA:  Objection, form.

11       A.   I don't know.

12       Q.   (BY MS. WEINBERGER) Then how would you

13   frame it if you disagree with what my phrasing

14   was?

15       A.   I don't know that I disagree.  I just

16   don't know.  I think it's just, again, I don't

17   know that those are my words.  I might be writing

18   what other people are saying.

19       Q.   Do you know who might have told you

20   that?

21       A.   No.

22       Q.   Let's go to the next page 16040.  Do you

23   see where it says, "De Novo process:

24       A.   Yes.

25       Q.   Can you read to me what the three

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 278

1      bullets are under "De Novo Process"?

2          A.    "Believe more 11th hour, things in place

3      before granted, cost to expectations projection,

4      work with regulators," it says, "competent,

5      involvement in other institutions."

6          Q.    So what does that mean?

7          A.    So the 11th -- I know what this means.

8      This is related to the conversation that we had

9      with CRM analysts on when a master account is

10     typically requested and granted, and that would

11     be at the 11th hour.

12              That's kind of the last thing that is

13     granted before a traditional bank would get

14     access to the master account, and that's the

15     conversation we had.

16         Q.    So what does that mean for a master

17     account to only be granted to a de novo

18     institution at the 11th hour?

19         A.    That means that the bank has all the

20     systems in place, the controls in place.  They

21     have gotten approval oftentimes from a Federal

22     regulator, but they have got an approval to

23     operate with all the risks and controls in place,

24     and then they request a master account when they

25     are ripe, when they are mature and ready to go,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 279

1    and it's granted at that time.  That's my

2    understanding of the conversation that I had with

3    the CRM analyst.

4         Q.   Do you remember who you spoke with?

5         A.   That would have been Chris Gaul-Pearson,

6    and another -- I can't remember her name offhand,

7    another experienced CRM analyst.

8         Q.   Okay.  Let's go to Page 16042.

9         A.   I'm sorry, which one, 16042?  Okay.

10        Q.   Is that the meeting with Christi on

11   February 2 of 2022?

12        A.   Yes.

13        Q.   So what was that meeting about?

14        A.   This would have been -- hold on, let me

15   read this.  I assume that this related to, I

16   don't know what the date was of that memo.

17        Q.   Oh, the --

18        A.   The conclusions, the summary memo that

19   we vetted internally, I assume we were preparing

20   for a meeting with Tara Humston on that summary,

21   but I don't, without seeing the dates, I think I

22   had that earlier.

23        Q.   Okay.  And then looking at the bullet I

24   know the memo you're referring to.

25        A.   Yeah, I just don't know for sure.  I'm

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 280

```
1     just assuming based on the date and how this
2     reads.
3          Q.   So that memo was ultimately provided to
4     Tara and you had a meeting about it?
5          A.   Yes.
6          Q.   That summarized the results of the risk
7     review that you conducted in late 2021 and early
8     2022?
9          A.   Yes.
10         Q.   So I'm looking at the bullet that says,
11    "Judith MA lens and application lens and
12    supervisory lens."  Is that what that says?
13         A.   Yes.
14         Q.   So what does that mean?  It says master
15    account lens, applications lens and supervisory
16    lens?
17         A.   Yeah.
18         Q.   So how is a supervisory lens different
19    than a masters lens?
20         A.   So I'm supervisory staff.
21         Q.   Okay.
22         A.   So that's just kind of how we do.
23    There's a membership request, so if they were
24    granted membership, how would we supervise the
25    organization?  What is the supervisory staff's
```

S.J.A.770

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 301

```
 1      questioning.  That concludes my questioning for

 2      you today.  Do you have any follow-up

 3      questioning?

 4               MS. CARLETTA:  Yeah.

 5               MS. WEINBERGER:  I just want to for

 6      the record reiterate what was stated earlier

 7      about the reasons why we made the request to

 8      continue this deposition based on how the

 9      deliberative process issue was resolved, if

10      that's a dispute for the Court, as you were

11      instructed not to answer a couple of questions

12      today, in addition to the late production of

13      documents.

14               MS. CARLETTA:  And to the extent I

15      lodge objections, same objections apply.  I'm

16      going to have a few redirect questions, but I'm

17      going to need a couple of minutes to prepare my

18      thoughts.  We can go off the record until then.

19                      (Recess)

20                      EXAMINATION

21      BY MS. CARLETTA:

22          Q.   Okay.  Ross, I just have a few questions

23      for you on Redirect.  To the best of your

24      knowledge, do you know who decided the master

25      account request?
```

S.J.A.771

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 302

1      A.   That would have been the Federal Reserve

2      Bank in Kansas City.  That would be the CRM

3      Department and Esther George.

4      Q.   And to the best of your knowledge, do

5      you know who denied the membership application?

6      A.   Yeah, that would have been the Board

7      applications group.

8      Q.   So I believe you testified earlier today

9      that you were in regular communications with the

10     Board about the membership application; is that

11     correct?

12     A.   Yes.

13     Q.   How often were you in communication with

14     them?

15     A.   That would have been after I took that

16     role in June.  That was probably every other

17     week.

18     Q.   During those meetings, did the Board

19     ever try to intervene about the decision on the

20     master account request?

21              MS. WEINBERGER:  Object to form.

22     A.   No.

23     Q.   (BY MS. CARLETTA)  To your knowledge did

24     the Board ever mandate denial of the master

25     account request?

S.J.A.772

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 303

1              MS. WEINBERGER:  Object to form.

2       A.   No.

3       Q.   (BY MS. CARLETTA) So based on your

4    review of Custodia, do you disagree with FRBKC's

5    decision to deny the master account request?

6              MS. WEINBERGER:  Object to form.

7       A.   No.

8       Q.   (BY MS. CARLETTA)  Based on your review

9    of Custodia do you disagree with the Board's

10   decision to deny membership?

11             MS. WEINBERGER:  Object to form.

12      A.   No.

13      Q.   (BY MS. CARLETTA)  Who's Jenifer Haake?

14      A.   She's an examiner that worked with me on

15   the pre-membership exam work that was conducted

16   in September of '22.

17      Q.   Okay, and at a certain point her title

18   was co-EIC; is that correct?

19      A.   Yes.

20      Q.   But you were in charge of any exams or

21   risk assessments conducted that you conducted

22   together; is that right?

23             MS. WEINBERGER:  Object to form.

24      A.   I was the primary lead for the

25   pre-membership exam that was conducted.

S.J.A.773

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 304

1          Q.    (BY MS. CARLETTA)  Okay, great.  I'm

2     going to direct you to Exhibit 135, previously

3     marked as Exhibit 135, and these are some of

4     Ross' handwritten notes.

5               I'm going to bring you to -- I didn't

6     write the Page Number.  Let's find it.  Oh, I

7     might have the wrong one.  I think I have the

8     wrong -- oh.

9          A.    That's where I've got questions.

10         Q.    I see, okay, okay.  Okay, yep, this is

11    the right document.  Okay, so I'm going to bring

12    you back to, I'm looking at Bates Number, it's

13    17804.  You were previously asked about this

14    quote and if I'm reading this correctly it says

15    Ross and Rob think everything is fine.  Can you

16    provide me context for this quote?

17         A.    Again, my understanding is that that

18    was -- that sentiment was assumed -- our officer

19    group assumed that Custodia's sentiment was that

20    Rob and I had a positive view of Custodia's, you

21    know, business model and chances to get either a

22    master account or a membership.

23         Q.    I see, so Custodia was saying this to

24    other FRBKC employees?

25         A.    I don't know for sure.

S.J.A.774

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 308

1    draft?

2                    MS. WEINBERGER:  Object to form.

3        A.   No, I don't.  I don't know.

4        Q.   (BY MS. CARLETTA)  Do you know whether

5    counsel provided edits on this Custodia master

6    account request memo to Esther?

7        A.   I believe I saw edits from Nick in

8    there, but I don't know for certain.

9        Q.   And do you know when counsel provided

10   edits?

11       A.   No.

12       Q.   And do you know who directed the

13   creation of the memo referenced in this chat?

14                   MS. WEINBERGER:  Object to form.

15       A.   No.

16       Q.   (BY MS. CARLETTA)  And I'm directing you

17   to Exhibit 36.  Is this the memo to Esther

18   George --

19       A.   This is --

20       Q.   -- on the master account request?

21       A.   This is a memo to Esther George on the

22   master account.  I mentioned earlier that there

23   were multiple memos.  I don't know if this ended

24   up being the one memo that was prepared, or if

25   there was multiple.  This was a memo related to

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 309

1    the master account that went there.

2        Q.    Do you know who directed the creation of

3    this document?

4        A.    No.

5        Q.    Did Custodia need a master account to

6    begin operations?

7            MS. WEINBERGER:  Object to form.

8        A.    No.  They could have opened with

9    their -- with Cross River Bank, partner bank.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Page 310

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 311



**S.J.A.778**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 312

1               MS. CARLETTA:  Okay, great.  No

2     further questions.

3               MS. WEINBERGER:  I have no

4     questions.

5          (Deposition ended at 5:50 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

S.J.A.779