# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

CUSTODIA BANK, INC., Plaintiff-Appellant

v.

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM and FEDERAL RESERVE BANK OF KANSAS CITY, Defendants-Appellees.

Case No. 24-8024

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

AMICUS CURIAE PROFESSOR DAVID ZARIN IN SUPPORT OF DEFENDANTS-APPELLEES BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM and RESERVE BANK OF KANSAS CITY

[Party or Parties][1]

_____, in the above-captioned case(s).

[Appellant/Petitioner or Appellee/Respondent]

David Oscar Markus
Name of Counsel

/s/ David Oscar Markus
Signature of Counsel

Markus/Moss, PLLC 40 NW Third Street, Miami, FL 33128; (305)379-6667
Mailing Address and Telephone Number

dmarkus@markuslaw.com
E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

    direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

    disclosed to the court.

September 4, 2024
Date

/s/ David Oscar Markus
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance
           [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                              [state method of service]

September 4, 2024
_____
Date

/s/ David Oscar Markus
_____
Signature