FILED
United States Court of Appeals
Tenth Circuit

September 5, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| CUSTODIA BANK, INC., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> FEDERAL RESERVE BOARD OF GOVERNORS, et al., <br><br> Defendants - Appellees. <br><br> ------------------------------ <br><br> AMERICANS FOR PROSPERITY FOUNDATION-WYOMING, et al., <br><br> Amici Curiae. | No. 24-8024 <br> (D.C. No. 1:22-CV-00125-SWS) <br> (D. Wyo.) |

_____

**ORDER**
_____

This matter is before the court on the *Motion for Leave to File Amicus Curiae Brief Wyoming Bankers Association*.

Proposed amicus Wyoming Bankers Association requests to submit an amicus brief in support of Appellees. The motion states that Wyoming Bankers Association has requested the permission of all parties to file its amicus brief, but to date has not yet heard from Appellant Custodia Bank, Inc.

By September 9, 2024, Custodia Bank, Inc. may file any response in opposition or non-opposition to the amicus motion. If Wyoming Bankers Association obtains Custodia

Bank, Inc's position on the amicus motion prior to that date, it should promptly file a supplement to the amicus motion stating the position. If no opposition is filed by September 9, 2024, the amicus motion will be deemed unopposed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk